IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHALLENGER CRESSON I, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BILL SANDERS, INDEPENDENT EXECUTOR OF THE ESTATE OF PEARL SMELLEY; CRESSON MOON PROPERTIES, LP; RICHARD DAVID SMELLEY AND AMY ELIZABETH SMELLEY; TAMMY MARIE GRAHAM AND GREGORY SCOTT GRAHAM; AND DEBORAH RUTH DAVIS AND DAVID GLENN DAVIS,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-00231-P |

**AGREED MOTION REQUESTING EXTENSION OF EXPERT DEADLINES**

Plaintiff Challenger Cresson I, LLC ("Plaintiff") and Defendants Bill Sanders, Independent Executor of the Estate of Pearl Smelley (the "Smelley Estate"), Cresson Moon Properties, LP ("CMPLP"), Richard David Smelley and Amy Elizabeth Smelley (collectively, "Smelley"), Tammy Marie Graham and Gregory Scott Graham (collectively, "Graham"), Deborah Ruth Davis and David Glenn Davis (collectively, "Davis") (the Smelley Estate, CMPLP, Smelley, Graham, and Davis are collectively, "Defendants") respectfully file this Agreed Motion to Modify the Court's Scheduling Order [Doc. 15] pursuant to Federal Rule of Civil Procedure 16(b)(4) and Paragraph 12 of the Scheduling Order.

In support, Plaintiff states as follows:

## I. GOOD CAUSE FOR A LIMITED MODIFICATION

On April 17, 2026, the Court entered a Scheduling Order establishing expert designation deadlines of July 10, 2026 (initial), August 10, 2026 (responsive), and thirty days after the opposing party's disclosure (rebuttal). Good cause exists to extend these three deadlines by thirty (30) days.

During the period preceding the initial expert designation deadline, Plaintiff's lead counsel was traveling across the country and away from the office while accompanying his twelve-year-old daughter to a three-week ballet intensive program in Nashville. Upon returning home, Plaintiff's counsel discovered significant damage to multiple interior ceilings within his home caused by defective plumbing and HVAC ductwork that further caused flooding in his home's laundry room, living room, and home office. Counsel has coordinated with approximately half a dozen contractors to obtain repair quotes (i.e., one handyman, one plumber, three HVAC specialists, three drywall repair specialists, and two painters), with the two most recent estimates totaling approximately $100,000 and "give or take $125,000" to replace the HVAC system, repair ductwork, remediate mold, and replace drywall. These cumulative demands temporarily impacted counsel's ability to meet the current expert designation deadlines.

On July 1, 2026—nine days before the initial expert deadline—counsel contacted Defendants' counsel to explain the circumstances and request a thirty-day extension. On July 3, 2026, Defendants' counsel confirmed: "We will accommodate your request and agree to a 30-day extension of the three expert deadlines, contingent on the Court's approval." This is the first request to modify any deadline in the Scheduling Order.

## II. PROPOSED DEADLINES AND ABSENCE OF PREJUDICE

Plaintiff requests the following modified expert deadlines: (a) Initial Expert Designation & Report: August 9, 2026; (b) Responsive Expert Designation & Report: September 9, 2026; and (c) Rebuttal Expert Designation: 30 days after the other party's disclosure (unchanged in structure).

**<u>All other Scheduling Order deadlines remain unchanged</u>**, including discovery completion (October 9, 2026), dispositive motions (November 9, 2026), mediation (September 9, 2026), and trial (March 8, 2027). No party will be prejudiced, and Defendants have expressly consented. **<u>The limited extension will not disrupt the Court's docket or the overall case schedule</u>**.

The parties respectfully request that the Court grant this Agreed Motion and enter an order modifying the expert designation deadlines as set forth above.

Respectfully submitted,

*<u>/s/ Blake J. Brownshadel</u>*
Blake J. Brownshadel
State Bar No. 24073969
bbrownshadel@cbsattorneys.com
Christopher A. John
State Bar No. 24110053
cjohn@cbsattorneys.com
CALHOUN BHELLA LLP
325 N. Saint Paul St., Suite 2900
Dallas, Texas 75201
Telephone: (214) 981-9200

**Counsel for Plaintiff**

**APPROVED AS TO FORM AND SUBSTANCE:**

*<u>/s/ Scott A. Wheatley</u>*
Scott A. Wheatley
State Bar No. 24013737
swheatley@jw.com
Lee B. Hunt
State Bar No. 24082257
lhunt@jw.com
Trevor J. Paul
State Bar No. 24133388
tpaul@jw.com
JACKSON WALKER LLP
777 Main Street, Suite 2100
Fort Worth, Texas 76102
Phone: 817.334.7200

Fax: 817.334.7290

**Counsel for Defendants**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on July 1, 2026, counsel for Plaintiff conferred with counsel for Defendants regarding the relief requested. On July 3, 2026, Defendants' counsel confirmed agreement to a 30-day extension of the three expert deadlines, contingent on the Court's approval. With Defendants' counsel's permission, this motion is filed as "Agreed."

*/s/ Blake J. Brownshadel*
Blake J. Brownshadel

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record in accordance with the Federal Rules of Civil Procedure on July 6, 2026, via ECF notification.

*/s/ Blake J. Brownshadel*
Blake J. Brownshadel