IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHALLENGER CRESSON I, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:26-CV-00231-P |
| BILL SANDERS, INDEPENDENT EXECUTOR OF THE ESTATE OF PEARL SMELLEY; CRESSON MOON PROPERTIES, LP; RICHARD DAVID SMELLEY AND AMY ELIZABETH SMELLEY; TAMMY MARIE GRAHAM AND GREGORY SCOTT GRAHAM; AND DEBORAH RUTH DAVIS AND DAVID GLENN DAVIS, | § | |
| | § | |
| Defendants. | § | |

**PROPOSED ORDER**

Having considered the foregoing Agreed Motion [Doc. 17] and finding good cause, it is ORDERED that the expert deadlines in the Scheduling Order [Doc. 15] are modified: (1) Initial Expert Designation & Report deadline is extended to August 9, 2026; (2) Responsive Expert Designation & Report deadline is extended to September 9, 2026; (3) Rebuttal Expert Designation remains due 30 days after the other party's disclosure; and (4) All other deadlines remain unchanged.

**SO ORDERED** this **6th day of July 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE