# Exhibit B

Jackson Walker



# Scott A. Wheatley

Partner, Fort Worth
817.334.7224
swheatley@jw.com

**Practice Areas**

- Trial & Appellate Litigation

**Experience**

- Business Litigation
- Class Action
- Corporate & Securities Litigation
- Energy Litigation
- Real Estate Litigation
- Title Insurance & Title Company Litigation

## Biography

In his 25 years as a trial lawyer, Scott Wheatley has distinguished himself as lead counsel in high-stakes jury trials and mission-critical matters involving complex commercial, real estate and land title, corporate control, fiduciary, and shareholder disputes. As a trial lawyer and dedicated leader, Scott is both an advocate and trusted counselor for his clients. Clients rely on him for his steady leadership, judgment, and experience in the courtroom and the boardroom, where he works tirelessly to advance and protect his clients' interests and to find solutions that achieve his clients' goals. Scott is a go-to trial lawyer in Texas

for Fortune 500 companies and individuals alike, having tried and won significant jury trials in federal and state court.

### Advocate

As an accomplished courtroom advocate, Scott is quick on his feet and composed, having served as lead counsel in jury trials and bench trials in federal and state courts across Texas. Clients are assured by his particular skill for rapidly adapting to fluid environments with the resolve necessary to achieve the client's objectives. For Scott, this begins with the ethos of hard work, preparation, determination, and the willingness to think critically.

### Leader

Scott has cultivated key relationships in the Fort Worth community and has personally invested time, dedication, and hard work counseling, serving, and leading mission-driven clients, institutions and not-for-profit organizations. Scott is recognized as a Master in the Eldon B. Mahon Inn of Court, where he mentors young lawyers striving to uphold the highest ideals and ethics in the legal profession. As a former Chair of the Board and as Chair of the Personnel Committee of University Christian Church in Fort Worth, Scott worked tirelessly as a key leader to shape and implement sweeping change in the venerable institution's structure, staffing, strategic plan, and vision while managing divergent stakeholder demands, operational realities, and conflict. As Chair of the Board of the Arts Council of Fort Worth, Scott worked alongside the executive committee to guide the organization through a wholesale realignment in executive leadership and shifting political and governmental landscapes. In that role, he also has worked to develop and implement a long-range strategic plan for the Fort Worth Community Arts Center and a broad-based cultural plan for the arts in Fort Worth. In challenging circumstances, these institutions and the people they serve continue to count on Scott for his counsel, steady hand, and grit.

## Additional Languages

Danish, Spanish

## Education

B.A., *summa cum laude*, Texas Christian University

- Phi Beta Kappa
- TCU Student Body President

J.D., *with honors*, The University of Texas at Austin School of Law

## Bar Admissions

Texas

- International and Comparative Law Study, Universidad Torcuato Di Tella School of Law, Buenos Aires, Argentina, 1998

Immersive Language Studies:

- Spanish in Cuernavaca, Mexico, 1997, and Buenos Aires, Argentina, 1998
- German in Prien-am-Chiemsee, Germany, 1995
- Danish in Søndersø, Denmark, 1990-1991

## Court Admissions

United States Court of Appeals for the Fifth Circuit
United States District Court for the Eastern, Northern, Southern, and Western Districts of Texas

### Practice Experience

Representative matters Scott has handled *as lead counsel* include:

- Won a $4.4 million jury verdict in federal court and a take-nothing defense verdict on counterclaims in a hotly contested complex commercial dispute.
- Won a defense verdict in a jury trial on a $2 million partnership and fiduciary dispute.
- Won a take-nothing defense verdict on behalf of a leading manufacturer of doors and windows in a jury trial on a complex $4 million commercial contract claim involving termination of a sales agency agreement and misappropriation of trade secrets.
- Won a take-nothing defense verdict in a federal jury trial on behalf of a financial services client on claims alleging violations of the federal Fair Debt Collection Practices Act.
- Won a significant trial victory for client embroiled in a multi-jurisdiction battle with his business partner for corporate control of the energy company they co-founded. Court found that former business partner committed fraud, stole company assets, usurped corporate opportunities, committed perjury under cross-examination, violated the automatic stay in bankruptcy, and in general manipulated the bankruptcy system for his benefit and to the detriment of others.

- Successfully led legal team for Fortune 500 client in intricately webbed $30 million land title dispute for control and ownership of one of the largest residential property complexes in Dallas, Texas.
- Led legal team for Fortune 500 client pursuing recovery of assets in real estate and title fraud scheme involving more than $20 million in stolen proceeds.
- Led $40 million land title litigation spanning multiple jurisdictions challenging the post-judgment judicial sale orders of an out-of-state receiver, resulting in a take-nothing judgment in the client's favor.
- Lead negotiator of $12 million settlement of complex, hotly contested claims between developers regarding the ownership of commercial real estate in downtown Houston.
- Won a take-nothing summary judgment on behalf of title underwriter and title agent on claims alleging breach of contract and negligence in a real estate closing.
- Led legal team for private equity fund client, won injunction establishing corporate control, and won summary judgment on multi-million contract dispute with a joint venture partner regarding ownership, control, and the future development of an oil and gas "land farm."
- Selected, led and managed team of lawyers in successful defense of Fortune 500 national financial services firm in a nationwide federal class action lawsuit brought under the Fair Debt Collection Practices Act.

## Recognition & Accolades

- Legal 500 Elite: Commercial Disputes, 2025 (Inaugural Edition)
- "Top Attorneys" List, *Fort Worth Magazine*, 2023-2024
  - Civil Law Litigation, 2023
  - Commercial Litigation, 2024
- Texas Bar Foundation, Fellow (top 1/3 of 1% of all attorneys in Texas)
- "Best Lawyers Under 40" List, *D Magazine*, 2006
- Rising Star, *Super Lawyers – Rising Stars* by Thomson Reuters, 2007-2011

## Publications & Speeches

Co-Authored "Clients in Crisis in the Multiparty Context: The Common Interest Privilege," presented on August 2, 2002, in San Antonio, Texas in connection with the 2002 Texas Bar CLE conference Clients in Crisis: Strategic Planning, Aftermath Management, and Litigation Scenarios

## Community Involvement

- Texas Land Title Association, Legislative Committee, 2012-Present
- Master of the Eldon B. Mahon Inn of Court, 2016-2021
- University Christian Church, Fort Worth, Texas
  - Chair of the Board, 2013-14
  - Vice Chair of the Board, 2012
  - Chair, Personnel Committee, 2016-2018
  - Elder
- Arts Council of Fort Worth
  - Chair, 2019
  - Vice Chair, 2015-2018
  - Executive Committee, 2012-2021
- Texas Christian University
  - AddRan College of Liberal Arts Board of Visitors, Director, 2009-2017
  - National Alumni Board, Director, 2004-2005
  - Addison & Randolph Clark Society Board, Director, 1998-2004
  - Class of 1996 Gift Campaign, Co-Chair, 2001, 2006
- Possum Kingdom Lake Association, Director, 2006-2015
- Park Royal Neighborhood Association, President, 2004-2008
- Dad's Club Volunteer at Lily B. Clayton Elementary School
- State Bar of Texas
- Tarrant County Bar Association