

**Blake J. Brownshadel**
PARTNER
bbrownshadel@calhounbhella.com

CALHOUN BHELLA

325 N Saint Paul Street
Suite 2900
Dallas, TX 75201
214-981-9200
calhounbhella.com

# BLAKE J. BROWNSHADEL

## BACKGROUND

Blake focuses on complex commercial litigation and cases involving contract disputes, fraud, tortious interference with prospective and existing business relationships, theft of trade secrets, and other business torts. He has helped clients win verdicts at trial and through settlements at every stage of a lawsuit. His litigation background includes winning one of the top 100 verdicts in the state of Texas in 2019.

Prior to joining Calhoun Bhella LLP in 2023, Blake worked in a boutique litigation firm for six years as a partner, and before that, seven years at the world's largest law firm as a senior associate. During both tenures, Blake developed extensive courtroom experience representing both plaintiffs and defendants in state and federal courts across the country in high-stakes litigation across a range of complex commercial litigation matters.

He routinely advises clients on all aspects of contract formation and compliance, with an emphasis on non-compete, non-solicitation, confidentiality, and non-disparagement clauses both pre-suit to avoid litigation and during litigation to best position his clients for success.

## EDUCATION

The University of Texas School of Law J.D., 2010

The University of Texas at Austin B.S. Neurobiology, 2005

## BAR & COURT ADMISSIONS

State Bar of Texas

State Bar of New York

U.S. District Courts: Texas: Northern, Southern, Eastern, Western

U.S. Bankruptcy Court: Northern District of Texas

## PROFESSIONAL RECOGNITIONS

**Texas Super Lawyers** (2023)
**Texas Rising Stars** (2019 - 2022)
**Best of the Bar:** Top 100 Verdicts – Texas (2019)

BEST D 2025

RATED BY Super Lawyers

Chambers SPOTLIGHT TX 2026 Calhoun Bhella LLP

## REPRESENTATIVE MATTERS

- Lead counsel in successfully defeating all of global LED lighting manufacturer's claims against importer and distributor and recovering attorneys' fees in federal court in Fort Worth.

- Lead counsel in successfully defeating national complex machine refurbishing company's claims against manufacturer of nutraceuticals, OTC medicine, and dietary supplements in federal court in Fort Worth.

- Lead counsel in favorably resolving seven figure dispute and obtaining permanent injunction for leading media, internet, and mobile app companies in Texas state court.

- Lead counsel in obtaining one-half million dollar judgment and recovery of attorney's fees and expenses following two day arbitration.

- Lead counsel in successful prosecution in commercial landlord-tenant dispute and successfully obtained six-figure judgment and recovery of attorney's fees in Texas state court.

- Lead counsel in DTPA, fraud, and breach of contract bench trial and successfully obtained complete victory and recovery of attorney's fees in Texas state court.

- Lead counsel in successfully defeating national moving company's dispositive motion under the Carmack Amendment in favor of small business owner in the antiquities industry in federal court in Dallas.

- Obtained seven figure judgment following four-day bench trial for a small business owner in property tax lending dispute in Texas state court.

- Successful negotiation and resolution of a wide variety of claims and lawsuits, including matters involving business torts and breach of contract claims.

# RYAN BROWN



**Ryan Brown**
PARTNER
rbrown@calhounbhella.com

CALHOUN BHELLA

325 N Saint Paul Street
Suite 2900
Dallas, TX 75201
214-981-9200
calhounbhella.com

## EDUCATION

University of Houston Law Center, J.D. (2002)

Texas Tech University, B.A. (1997)

## BAR & COURT ADMISSIONS

State Bar of Texas

U.S. District Courts: Texas: Northern, Southern, Eastern, Western

U.S. Bankruptcy Court: Northern District of Texas

## BACKGROUND

During 23 years of private practice, Ryan has handled many high-stakes and high-profile cases across a wide range of industries. He has in-depth experience in every aspect of civil litigation and his expertise extends to domestic and international businesses within the energy, construction, distribution, financial and manufacturing industries.

Representative clients for whom Ryan has advised and participated in major civil cases include the Houston Rockets, Pacific Gas & Electric Company, Nissan North America, Goodyear, Trek, the Dallas Morning News, Vallourec, Sulzer and Firestone.

**Commercial Disputes**

Ryan has successfully resolved numerous cases, including individual lawsuits, mass torts, and nationwide class actions involving business disputes, claims for breach of contracts, real estate disputes and product liability claims. His practice focuses on managing and effectively quelling disputes while creating internal protocols to address and neutralize litigation triggers.

As lead counsel, Ryan has secured favorable outcomes for clients in the product manufacturing, transportation, construction, waste management, healthcare, real estate, retail services and distribution sectors, involving contract disputes, property loss, and personal injuries, resulting in tens of millions of dollars in savings.
Additionally, Ryan has achieved defense verdicts and obtained dismissals for a variety of cases related to allegations of defamation/libel, toxic exposure, premises liability, and property loss.

**Regulatory Audits**

Ryan comprehends the complexities of engaging with state and federal agencies, especially regarding regulatory issues. He provides reassurance to private and public companies by preparing responses to audit inquiries and guiding clients through the regulatory oversight process.

## PROFESSIONAL RECOGNITIONS

**Texas Super Lawyers:** Rising Star (2013-2014)
**Wallace Sedgwick:** Client Service Award (2015)

# MATT SKIDMORE



**Matt Skidmore**
PARTNER
mskidmore@calhounbhella.com

CALHOUN BHELLA

325 N Saint Paul Street
Suite 2900
Dallas, TX 75201
214-981-9200
calhounbhella.com

## EDUCATION

J.D., SMU Dedman School of Law, 2018

B.A., University of Texas at Austin, 2014

## BAR & COURT ADMISSIONS

State Bar of Texas

U.S. District Courts: Texas: Northern, Southern, Eastern, Western

## BACKGROUND

Matt Skidmore is a commercial litigator whose practice focuses on complex business disputes, construction litigation, real estate litigation, and other high-stakes commercial matters. He represents businesses, developers, contractors, property owners, and individuals through all phases of litigation in Texas state and federal courts, from pre-suit strategy through trial and appeal.

Matt has successfully tried multiple cases to verdict and judgment, obtaining favorable results for his clients. His experience includes contract disputes, construction defect litigation, fraud claims, business torts, sworn account actions, oil and gas disputes, and real estate litigation.

Before joining the firm, Matt represented insurers and businesses in a variety of civil litigation matters, providing him with a broad foundation in complex litigation strategy.

Matt earned his J.D. from SMU Dedman School of Law, where he served as an Articles Editor for the SMU International Law Review. He received his B.A. from The University of Texas at Austin.

## PROFESSIONAL RECOGNITIONS

**Super Lawyers:** Rising Stars (2026)
**Best Lawyers:** Ones to Watch® in America (2026) - Commercial Litigation, Construction Litigation, and Insurance Law

RATED BY Super Lawyers

Best Lawyers ONES TO WATCH

BEST D 2025

Chambers SPOTLIGHT TX 2026 Calhoun Bhella LLP

## REPRESENTATIVE MATTERS

- Secured a take-nothing jury verdict for a homebuilder following a three-day construction defect trial in Dallas County.

- Obtained a take-nothing judgment following a two-day bench trial in Dallas County on claims exceeding $1.2 million for breach of contract and quantum meruit arising from an oil and gas land services agreement.

- Obtained a directed verdict following the close of the plaintiff's case in a fraud trial in Denton County.

- Obtained a take-nothing judgment following a bench trial in Parker County in a breach of contract dispute.

- Obtained dismissal of bad-faith and Texas Insurance Code claims based on limitations.

- Obtained dismissal of ERISA claims for failure to exhaust administrative remedies.

- Obtained dismissal of fraud, civil conspiracy, and intentional infliction of emotional distress claims in Montgomery County, Ohio.



**Christopher John**
ASSOCIATE
cjohn@calhounbhella.com

CALHOUN BHELLA

325 N Saint Paul Street
Suite 2900
Dallas, TX 75201
214-981-9200
calhounbhella.com

## EDUCATION

The University of Tennessee College of Law (J.D., 2018)

Abilene Christian University (B.A., Political Science, summa cum laude, 2014)

## BAR & COURT ADMISSIONS

State Bar of Texas

U.S. District Courts: Texas: Northern, Southern, Eastern, Western

U.S. Court of Appeals for the Fifth Circuit

# CHRISTOPHER JOHN

## BACKGROUND

Christopher's diverse legal experience, ranging from federal and municipal government service to private practice, has afforded him exposure to a wide array of litigation. While he is comfortable in every litigation setting and forum, he appreciates the "behind the scenes" work of legal research and writing. He tries to learn something new from each case he works on.

Christopher handles mostly corporate and commercial litigation cases. He primarily focuses on defending clients regarding breach of contract and business tort actions, but he also has experience representing clients in consumer finance and insurance law.

With experience ranging from municipal and justice of the peace court to state trial and appellate court to federal court practice, Christopher prides himself on his ability to see a case through from start to finish. His keen attention to detail allows him to evaluate the key facts and legal issues at play and locate opportunities for early resolution, whether through motion practice or settlement.

In previous roles, Christopher worked for the U.S. Small Business Administration during the height of COVID-19 and has also worked for law firms representing individual and corporate clients. In private practice, he has experience litigating matters involving torts, breach of contract, consumer finance laws, property, premises liability, labor and employment, and construction defect disputes, as well as drafting and reviewing municipal contracts.

## PROFESSIONAL RECOGNITIONS

**Best Lawyers:** Ones to Watch® in America: Litigation - Banking and Finance (2026)
**Super Lawyers:** Texas Rising Stars List (2024-2025)

BEST D 2025 · RATED BY Super Lawyers · Best Lawyers ONES TO WATCH · Chambers SPOTLIGHT TX 2026 Calhoun Bhella LLP