UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHALLENGER CRESSON I, LLC,**

Plaintiff,

v. **No. 4:26-cv-00231-P**

**BILL SANDERS, ET AL.,**

Defendants.

## ORDER

The Court **ORDERS** that Roland K. Johnson shall substitute Donald E. Herrmann as the appointed mediator in this case. The Court further **ORDERS** that the mediation deadline in the Court's Scheduling Order (ECF No. 15) shall be extended. The deadline for the Parties to mediate with Roland K. Johnson shall be **October 2, 2026.**

**SO ORDERED** on this **26th day of August 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE