In the United States District Court
for the Northern District of Texas
Forth Worth Division

| | | |
|---|---|---|
| Challenger Cresson I, LLC,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 4:26-CV-00231-P |
| Bill Sanders, et al.,<br><br>Defendants. | §<br>§<br>§<br>§ | |

---

**Notice of Appearance**

Plaintiff Challenger Cresson I, LLC files this Notice of Appearance.

Chad Flores of Flores Law PLLC appears as lead counsel for Plaintiff. Please deliver all docket matters and communications for the Plaintiff to him at the addresses detailed below.

Respectfully submitted,

Chad Flores
Texas Bar No. 24059759
chad@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
Phone: (713) 364-6640
Fax: (832) 645-2496

Counsel for Plaintiff