**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CHALLENGER CRESSON I, LLC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**BILL SANDERS, INDEPENDENT EXECUTOR OF THE ESTATE OF PEARL SMELLEY; CRESSON MOON PROPERTIES, LP; RICHARD DAVID SMELLEY AND AMY ELIZABETH SMELLEY; TAMMY MARIE GRAHAM AND GREGORY SCOTT GRAHAM; AND DEBORAH RUTH DAVIS AND DAVID GLENN DAVIS,**<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:26-CV-00231-P** |

**DEFENDANTS' INITIAL DESIGNATION OF REBUTTAL EXPERT WITNESSES**

Pursuant to the Court's Scheduling Order (ECF Nos. 15, 18) and Federal Rule of Civil Procedure 26(a)(2), Defendants Bill Sanders, as Independent Executor of the Estate of Pearl Smelley; Cresson Moon Properties, LP; Richard David Smelley and Amy Elizabeth Smelley; Tammy Marie Graham and Gregory Scott Graham; and Deborah Ruth Davis and David Glenn Davis (collectively, "Defendants") hereby designate the following rebuttal expert witnesses:

1. **Michael Whitehead**

   Whitehead Environmental Solutions, LLC
   906 18th St.
   Plano, Texas 75074
   (469) 609-8080 Ext. 100
   mike@whiteheades.com
   c/o JACKSON WALKER LLP
   Scott A. Wheatley
   swheatley@jw.com
   777 Main Street, Suite 2100
   Fort Worth, Texas 76102-5360
   817-334-7224

Defendants previously designated Mr. Whitehead as an expert witness in their initial expert designation and provided his expert report, CV, and required disclosures under FRCP 26(a)(2), all of which are incorporated herein by reference. *See* Dkt. 17. Defendants now designate Mr. Whitehead as a rebuttal witness, as he will provide testimony in rebuttal to Plaintiff's designated expert witness, Mr. R. Steven George, P.G. of Green Star Environmental.

Mr. Whitehead is expected to offer testimony in rebuttal regarding the adequate scope and sufficiency of the Phase II Investigation and the Purchaser's own environmental consultant's active participation and involvement in planning and execution of the Phase II investigation. Mr. Whitehead will offer further testimony that sampling locations were strategically selected based on high-quality aerial photographs and placed in the most critical potential source areas in cooperation with the Purchaser's own environmental consultant;

Mr. Whitehead will also offer testimony that no soil samples contained COCs above any applicable TCEQ TRRP or RRC regulatory limits, and Mr. George's characterization of the results as "contamination" is scientifically inaccurate; moreover, the suite of chemicals analyzed was sufficient and professionally reasonable given the identified RECs and the high regulatory thresholds for the additional chemicals Mr. George raises.

Finally, Mr. Whitehead will offer testimony that the investigation was completed competently by individuals with the necessary credentials within a reasonable timeframe and with the Purchaser's own environmental consultant overseeing the process; and based on the Phase II Investigation, there is no evidence of environmental contamination at the Property, and no further assessment is recommended by him or by the Purchaser's own environmental consultant.

Mr. Whitehead has provided a supplemented expert report, attached hereto as Exhibit A.

**2. Mr. Scott A. Wheatley**

JACKSON WALKER LLP
777 Main Street, Suite 2100
Fort Worth, Texas 76102
(817) 334-7200
swheatley@jw.com

Defendants previously designated Mr. Wheatley as an expert witness in their initial expert designation, provided his CV, and his required disclosures under FRCP 26, all of which are incorporated herein by reference. *See* Dkt. 17. Defendants now designate Mr. Wheatley as a rebuttal witness, as he may provide testimony in rebuttal to Plaintiff's designated expert witness on attorney's fees, Mr. Blake J. Brownshadel of Calhoun Bhella LLP as to the usual, customary, and necessary attorneys' fees and costs incurred by Plaintiff. Mr. Wheatley's opinions are based upon his years of experience as an attorney practicing in the area of litigation such as this, review of legal bills and pleadings relating to this matter, as well as customary rates and fees in litigation of this type. Mr. Wheatley's biography can be found at the website of JACKSON WALKER LLP at the following link: https://www.jw.com/people/scott-wheatley/.

As may be necessary, Mr. Wheatley reserves the right to review additional pleadings, deposition testimony, documents produced by the parties, other factual and legal records relating to this case, and any other information which may be relied upon by Mr. Wheatley in support of his testimony in this case before trial. Mr. Wheatley has the right to supplement or amend his opinions based on any such additional information he reviews.

## RESERVATION OF RIGHTS

Defendants incorporate by reference herein any and all experts designated by Plaintiff, without waiving any right thereby to challenge the expert status of those persons so designated. Defendants reserve the right to call any and all experts designated by Plaintiff on direct or cross-examination.

Defendants further reserve the right to elicit expert opinions, lay opinion testimony, and/or rebuttal expert testimony from any witness at the time of trial which would be a benefit to the Court, and which would not violate the Federal Rules of Civil Procedure or any order of the Court.

Defendants reserve the right to call un-designated rebuttal expert witnesses, whose testimony cannot reasonably be foreseen until the presentation of the evidence in this trial.

Defendants further reserve the right to withdraw the designation of any expert or to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

Discovery is ongoing and Defendants maintain the right to supplement their designation of rebuttal experts and their report(s), as necessary.

Finally, Defendants reserve whatever additional rights they may have with regard to experts pursuant to the Federal Rules of Civil Procedure, case law construing same, or any order of the Court.

Dated: September 9, 2026

Respectfully submitted,

By: *__/s/ Scott A. Wheatley__*
Scott A. Wheatley
State Bar No. 24013737
swheatley@jw.com
Lee B. Hunt

State Bar No. 24082257
lhunt@jw.com
Trevor J. Paul
State Bar No. 24133388
tpaul@jw.com

**JACKSON WALKER LLP**
777 Main Street, Suite 2100
Fort Worth, TX 76102
817.334.7200 – Phone
817.334.7290 – Fax

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, a true and correct copy of the foregoing document was electronically served through the electronic filing manager on all counsel of record.

*/s/ Scott A. Wheatley*
Scott A. Wheatley