In the United States District Court
for the Northern District of Texas
Fort Worth Division

| | | |
|---|---|---|
| Challenger Cresson I, LLC,<br>Plaintiff, | § | |
| v. | § | No. 4:26-CV-00231-P |
| Bill Sanders, et al.,<br>Defendants. | § | |

**Declaration of Jeffrey T. Libby**

I, Jeffrey T. Libby, declare as follows:

1. I am an attorney and serve as general counsel to Plaintiff Challenger Cresson I, LLC ("Challenger"). I have been involved in Challenger's efforts concerning the Property and in communications with Defendants and their counsel concerning those efforts.

2. I make this declaration based on my personal knowledge, including my own communications and actions on Challenger's behalf and communications I received in that capacity. If called to testify, I could and would testify competently to the matters stated here.

3. During August 2026, factual developments arose concerning Challenger's efforts to pursue groundwater permitting for the Property through the Upper Trinity Groundwater Conservation District (the "District").

4. Those developments arose after Challenger had already served its principal first round of written discovery in this litigation in July 2026.

5. On August 19, 2026, I sent a written demand on Challenger's behalf to counsel for Defendants concerning proposed groundwater applications for the Property.

6. A true and correct copy of my August 19, 2026 letter and its enclosures is attached as Exhibit A.

7. With that letter, Challenger transmitted twenty-two proposed well-registration or permit applications and one proposed operating-permit application relating to the Property.

8. Challenger sought the participation of the Property's fee owners because the proposed applications called for participation or certification by the property owner. Challenger understood those permitting efforts to be material to the development of the Property.

9. Challenger also understood the matter to be time-sensitive. At the time of my August 19 letter, the District had scheduled an August 27, 2026 public hearing concerning proposed changes to its groundwater-production rules. Challenger was concerned that those changes could affect the quantity of groundwater available for development of the Property.

10. Before the August 19 letter, counsel for Defendants had communicated that Challenger and its counsel should take no action concerning the Property other than scheduling a closing date. My August 19 letter therefore formally requested Defendants' cooperation concerning the groundwater applications and set out Challenger's position concerning that request.

11. On August 23, 2026, I received a written response from David Spiller, counsel for Cresson Moon Properties, LP.

12. A true and correct copy of that August 23, 2026 response is attached as Exhibit B.

13. The August 23 response disputed Challenger's characterization of the parties' contractual obligations. It also raised factual and procedural matters concerning the groundwater-permitting process that had not previously been developed in this litigation.

14. Among other things, the response stated that District procedures required a pre-application meeting; that the proposed groundwater demand must be reasonable and non-speculative; that a contemplated high-volume permit would require hydrogeologic investigation and reporting before an application could be administratively complete; and that the property owner would be asked to certify substantive information contained in the applications.

15. The August 2026 groundwater-permitting developments materially expanded the scope of necessary discovery and required Challenger to redirect litigation resources to investigate and preserve evidence concerning those events. As a result, the fact depositions and targeted follow-up discovery that remained after the July 14 written discovery could not reasonably be completed within the time remaining before the October 9, 2026 cutoff, even though Challenger had pursued discovery diligently. Completing the deposition schedule on the contract, environmental, and due-diligence issues, and adding the new groundwater subjects, requires the additional time requested.

16. The response further stated that Cresson Moon was willing, subject to stated conditions and reservations, to authorize Challenger and its consultants to pursue groundwater applications that the District would lawfully accept and process. It also stated that Cresson Moon would consider executing a particular application or other document if, after applicable prerequisites were satisfied, the District advised that its signature was required.

17. These exchanges materially changed the factual landscape concerning groundwater permitting. Before August, the litigation record did not include this sequence of demands, responses, asserted procedural prerequisites, or the parties' respective positions concerning what participation the Property's owners would provide.

18. Challenger responded promptly to those developments. Shortly thereafter, Challenger retained additional lead litigation counsel to augment the existing team and increase the resources devoted to the case. New lead counsel appeared on August 31, 2026.

19. Challenger's purpose in adding lead counsel was to strengthen its ability to address the newly developing factual issues while continuing the litigation already underway. The addition of counsel was a response to the expanding demands of the case, not a basis for delaying them.

20. Since the August communications, I have continued to confer with Challenger personnel, consultants, and counsel concerning the groundwater-permitting issues and their significance to the Property and this litigation.

21. Those developments create several concrete factual subjects requiring further investigation and discovery. They include what steps the District requires before accepting or processing the contemplated applications; what information, studies,

certifications, or authorizations are required; which steps have been taken and which remain outstanding; what participation by the Property owners is required; communications concerning those subjects; and the effect of the permitting process on the Property and the relief sought in this action.

22. These subjects are susceptible to targeted discovery within a reasonable period. Relevant evidence includes documents and communications concerning the applications and permitting process, communications with the District or concerning District requirements, records concerning any pre-application process or hydrogeologic work, and testimony from persons involved in those events.

23. This discovery bears directly on factual issues concerning the parties' conduct relating to the Property and on Challenger's claims, Defendants' defenses and counterclaims, and the relief sought in this action.

24. The need for that discovery could not reasonably have been addressed through Challenger's July 2026 written discovery because the events giving rise to it occurred afterward, principally during August 2026.

25. In my judgment as Challenger's general counsel, Challenger has acted promptly in responding to those developments, including by increasing the legal resources devoted to the case. Additional discovery time is necessary to permit the parties to develop a reliable factual record concerning these newly arising events rather than litigate them on an incomplete record.

26. I understand that Challenger seeks to extend only the discovery-completion deadline, from October 9, 2026 to January 8, 2027. Challenger does not seek to alter the existing dispositive-motion deadline, trial setting, or other deadlines in the Scheduling Order.

I declare under penalty of perjury that the foregoing is true and correct.

Signed by:
Jeffrey Libby
3E1F99DC13CC4E4...
Jeffrey Libby

September 16, 2026

**2026-09-15**
**Declaration of Jeffrey T. Libby**

**Exhibit A**

CALHOUN BHELLA

AUSTIN, TX
DALLAS, TX
FRISCO, TX
NEW YORK, NY
ORANGE COUNTY, CA
RALEIGH, NC
SAN ANTONIO, TX
ST. LOUIS, MO
WASHINGTON, DC

August 19, 2026

JACKSON WALKER LLP
Scott A. Wheatley
Lee B. Hunt
Trevor J. Paul
777 Main Street, Suite 2100
Fort Worth, Texas 76102

VIA EMAIL:
swheatley@jw.com
lhunt@jw.com
tpaul@jw.com

Re: *Challenger Cresson I, LLC v. Bill Sanders, Independent Executor of the Estate of Pearl Smelley, et al.*, Civil Action No. 4:26-cv-00231-P (N.D. Tex.)

**FORMAL DEMAND PURSUANT TO SECTION 5(e) OF THE STANDARD CONTRACT OF SALE — EXECUTION OF WELL PERMIT APPLICATIONS**

Dear Counsel:

As you know, we represent Challenger Cresson I, LLC ("Purchaser") in the above-referenced matter. This letter constitutes formal written demand, pursuant to Section 5(e) of the Standard Contract of Sale dated effective May 26, 2023, as amended (the "Contract"), that the Estate of Pearl Smelley and Cresson Moon Properties, LP, as the fee owners of the Property, execute and return the twenty-two (22) enclosed well permit applications to the Upper Trinity Groundwater Conservation District (the "District") (the "Well Permit Applications") and one (1) operating permit application to the District (the "Operating Permit Application" and, together with the Well Permit Applications, the "Applications") within three (3) business days of Seller's receipt of this letter - i.e., no later than 5:00 p.m. CDT on Monday, August 24, 2026. As explained below, Seller's failure to timely execute and return such applications will cause significant and irreparable harm, not only to Purchaser, but to the Property itself, and ultimately to any party who owns it. It will also constitute a separate, additional material breach of the Contract.

**I. Contractual Basis for This Demand**

Section 5(e) of the Contract provides, in relevant part:

*"[P]urchaser shall be entitled to endeavor to (i) obtain all entitlements necessary, in the sole discretion of Purchaser, from all applicable governmental authorities and private bodies having regulatory authority over the Property for the Intended Use . . . and Seller agrees to cooperate with Purchaser, using Seller's good faith and best efforts, to obtain the Entitlements . . . including executing any and all reasonable or necessary documents in connection with Purchaser's efforts within three (3) business days following Purchaser's delivery of such documentation to Seller."*

In addition, Section 7(e) of the Contract provides:

> *"Notwithstanding anything to the contrary in this Contract, Seller shall not oppose, and Seller shall not interfere with, Purchaser's applications for, or efforts to obtain, any and all Entitlements, Easements Benefitting the Property and the Required Utilities."*

These obligations remain in full force and effect.

**II. The Enclosed Documents**

Enclosed with this letter are twenty-two (22) Well Permit Applications and one (1) Operating Permit Application. Each Application requires the signature of the property owner as applicant or co-applicant. The Contract defines "Entitlements" to include "all entitlements necessary, in the sole discretion of Purchaser, from all applicable governmental authorities and private bodies having regulatory authority over the Property for the Intended Use." Groundwater permits from the District are plainly within this definition. Accordingly, the Applications constitute "reasonable or necessary documents in connection with Purchaser's efforts" to obtain Entitlements within the meaning of Section 5(e). It is your duty and obligation to execute the attached with urgency. See below.

**III. Urgency and Irreparable Harm**

As you are aware, the District has scheduled a public hearing on August 27, 2026 at which it will consider proposed amendments to its rules that will significantly decrease the groundwater production allocation applicable to the Property. Filing the Applications prior to the adoption of the proposed rule change may preserve claims to the current, pre-rule-change groundwater allocation. A decrease in the groundwater allocation will permanently and substantially diminish the value of the Property.

Although Purchaser does not yet hold legal title to the Property, Purchaser holds an equitable interest in the Property under the Contract and is entitled to specific performance of Seller's obligations. The harm from failing to file the Applications before August 27 is therefore not just harm to the Property, but also direct harm to Purchaser's contractual rights. Groundwater rights run with the land. If Seller prevents Purchaser from filing the Applications before the District reduces the allocation, the Property's development capacity will be diminished resulting in the diminution of value of the Property below the value for which Purchaser bargained. Once the August 27 deadline passes, the window closes for all fee and equitable owners of the Property.

**IV. Seller's Prior Refusal**

On August 17, 2026, Mr. Hunt responded to my request for Seller's cooperation in connection with the prompt filing of the Applications by stating: "Calhoun Bhella and Challenger Cresson I should take no action regarding our client's Property in Hood County, unless that action is scheduling a closing date. Our clients reserve all rights." This blanket refusal to cooperate is directly contrary to Seller's express obligations under Sections 5(e) and 7(e) of the Contract. Purchaser does not accept this position and hereby reiterates its demand for Seller's cooperation.

Docusign Envelope ID: 5150CB5D-5433-8DD0-81FF-E446B8C92887





## V. Consequences of Non-Compliance

If Seller fails to execute and return the enclosed Applications within the three (3) business day period prescribed by Section 5(e) (i.e., by no later than **5:00 p.m. CDT on Monday, August 24, 2026**), Purchaser will consider such failure to be a separate, additional material breach of the Contract. Purchaser intends to pursue all available remedies, including but not limited to immediately seeking appropriate injunctive relief from the Court and amending its pleadings to assert additional claims for damages arising from Seller's refusal to cooperate. Purchaser expressly reserves all rights and remedies available under the Contract, at law, and in equity.

## VI. Reservation of Rights

This letter is not intended to, and does not, constitute a waiver of any rights or remedies that Purchaser may have under the Contract, at law, in equity, or otherwise. Any potential defaults by Seller now existing or later occurring will not be deemed waived or otherwise accepted by Purchaser. Purchaser reserves all rights and remedies granted under the Contract and available at law or in equity, all of which shall be cumulative and may be pursued separately, successively, or concurrently at the sole discretion of Purchaser.

Please confirm receipt of this letter and the enclosed Applications at your earliest convenience. Executed originals should be returned to my attention at the address above or via email to jlibby@calhounbhella.com.

Respectfully,



Jeffrey T. Libby

cc: Blake J. Brownshadel (via email)

Enclosures: Twenty-Two (22) Well Permit Applications; One (1) Operating Permit Application

**District Use Only:**

Permit ID: ____________

System ID: ____________

Admin. Complete: ____________

GM Initial: ____________

Permit Term: ____________

Permit Expiration: ____________

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**

Serving Hood, Montague, Parker and Wise Counties
1859 W. Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR OPERATING PERMIT

*Required fields. An application will not be deemed administratively complete unless all required fields are completed.**

## Part I – Applicant Information

*Applicant Name: The Estate of Pearl Smelley & Cresson Moon Properties, LP *Phone: (817) 266-1283 / (817) 300-4350

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive

*City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

*E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

Contact (if applicable): ____________ Phone: ____________

E-Mail: ____________ Fax: ____________

**If the applicant is someone other than the owner of the property, please attach documentation establishing the applicable authority to file the application, hold the permit in lieu of the property owner, and operate a well for the proposed use.**

## Part II – Description of Request

*Please provide a short, plain statement explaining the nature and purpose of the proposed use, and whether the well has been used for any other purpose. *(Examples: "The well will be used for public water supply, and has always been used for that purpose." Or "The well will be used for golf course irrigation, but was used from 2005-2013 to supply water for oil and gas drilling and fracking.")*

Industrial Cooling and Power Generation

## Part III – Well(s) Information

Is this permit request related to a ■ New well system ☐ Existing well system

*If this application is related to an existing well system, please list all other wells in the system and any current permitted volumes for the system:*

Well(s) in system: : ____________

Historic Use Permit ID: ____________

Historic Use Permit Volume*: ____________
** If still waiting for Board approval of HUP, state volume designated as Maximum Historic Use in your HUP application*

Operating Permit ID: ____________

Operating Permit Volume: ____________

**Part IV: Permit Volume:**

**Annual Permit Volume Requested:** 650,000,000 gallons**.** This is the total amount of groundwater you are requesting to be authorized by your permit to pump each year, which cannot be more than the maximum amount authorized under the District Rules based on the thickness of the aquifer and your contiguous controlled acreage. If this Application is related to an existing Operating Permit and you are seeking to amend that permit to increase the permitted volume, please identify the requested amended total volume in the space above. If you identified more than one purpose of use in Part II, describe the permit volume you are requesting for each purpose of use. If you also have a Historic Use Permit associated with this acreage or have applied for one and are awaiting District board action, any groundwater production authorized by those affects the maximum amount of water you may pump under this Operating Permit. **In filling in the blank above, ALL applicants should coordinate with the District staff for assistance in determining the maximum volume that can be authorized under an Operating Permit.**

**Part V – Additional Information:** Because of your previous or accompanying well registration and Well ID number, the District has or has access to additional information in the District's and the county's records and databases related to your well and property, such as location, acreage you own at the well site, the particular aquifer in which your well is drilled, a digital map or plat of the land where the well is located and of any applicable political subdivision or CCN boundaries, and other wells that are part of a well system if applicable. Some of this information has been provided to you by the District with this application. If the information provided to you by the District or any past information you have provided the District on these items in a well registration application or otherwise is incorrect or has changed, or if you believe such information related to your well or property in the District's or the County's records and databases is incorrect or has changed, please supplement this application with the correct information, as that information is otherwise incorporated by reference into this application.

***For applicants that are required by law to have a drought contingency plan, please include a copy of that plan with this application**.

**Part VI – Certification:** ***I hereby certify and declare that the information given herewith is true and accurate to the best of my knowledge and belief, that the groundwater withdrawn under the permit will be put to a beneficial use at all times, that I will comply with the District's Management Plan and rules, and that I will follow well plugging guidelines if I close the well.***

__________________________________ ____________________
Applicant Name Date

__________________________________
Applicant Signature

**DISTRICT USE ONLY**

Hearing Date: ____________ Authorization: ______________ Permit Volume: __________________

**District Use Only:**

Well Reg. ID: ____________
Driller: ____________
Approved: ____________
By: ____________
Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ____________ Longitude: ____________

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ____________

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ____________

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: ____________

*Driller: ______________________ *License #: ____________ *Expiration Date: ________

Fax: ______________________ *E-mail: ______________________

*Office Mailing Address: ______________________ *State: ___ *Zip: ________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________ ________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________ ______________________

Owner Name Date

______________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________ Phone: ____________

Contact Email: ______________________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ____ Longitude: ____

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ____

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ____

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: ______________

*Driller: ______________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________

*Office Mailing Address: ______________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________________ ______________________

Owner Name Date

______________________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at: www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________________ Phone: ____________

Contact Email: ____________________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: ______________

*Driller: ______________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________

*Office Mailing Address: ______________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________ __________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________ ______________________

Owner Name Date

______________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____

Driller: ____

Approved: ____

By: ____

Invoice No.: ____

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____ Phone: ____

Contact Email: ____ Fax: ____

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______ *Phone: ______

*Driller: ______ *License #: ______ *Expiration Date: ______

Fax: ______ *E-mail: ______

*Office Mailing Address: ______ *State: ___ *Zip: ______

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______ ______
*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______ Longitude: ______

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______ ______
Owner Name Date

______
Owner Signature

**District Use Only:**

Well Reg. ID: ____

Driller: ____

Approved: ____

By: ____

Invoice No.: ____

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____ Phone: ____

Contact Email: ____ Fax: ____

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________________

*Office Mailing Address: ______________________________ *State: ___ *Zip: ___________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____
Driller: ____
Approved: ____
By: ____
Invoice No.: ____

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**
Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____ Phone: ____

Contact Email: ____ Fax: ____

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________ *License #: ______________ *Expiration Date: __________

Fax: ____________________ *E-mail: ________________________________

*Office Mailing Address: ______________________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ______

Driller: ______

Approved: ______

By: ______

Invoice No.: ______

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ______

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______ Phone: ______

Contact Email: ______ Fax: ______

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______ *Phone: ______

*Driller: ______ *License #: ______ *Expiration Date: ______

Fax: ______ *E-mail: ______

*Office Mailing Address: ______ *State: ___ *Zip: ______

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______ ______

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______ Longitude: ______

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______ ______

Owner Name Date

______

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________________ Phone: ____________

Contact Email: ______________________________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ________________ *Phone: ________________

*Driller: ________________ *License #: ________________ *Expiration Date: ________________

Fax: ________________ *E-mail: ________________

*Office Mailing Address: ________________ *State: ___ *Zip: ________________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

________________ ________________
*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ________________ Longitude: ________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

________________ ________________
Owner Name Date

________________
Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

## UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ____ Longitude: ____

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ____

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ____

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ____________

*Driller: ______________________ *License #: ____________ *Expiration Date: ________

Fax: ____________________ *E-mail: ______________________________

*Office Mailing Address: ______________________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________ __________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ____________________ Longitude: ____________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________ ____________________

Owner Name Date

______________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ________

Driller: ________

Approved: ________

By: ________

Invoice No.: ________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ________ Phone: ________

Contact Email: ________ Fax: ________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______ *Phone: ______

*Driller: ______ *License #: ______ *Expiration Date: ______

Fax: ______ *E-mail: ______

*Office Mailing Address: ______ *State: ___ *Zip: ______

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______ ______
*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______ Longitude: ______

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______ ______
Owner Name Date

______
Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
# --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5" )

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: __________

*Driller: ______________________ *License #: __________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________

*Office Mailing Address: ______________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________ __________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________ __________

Owner Name Date

______________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____
Driller: ____
Approved: ____
By: ____
Invoice No.: ____

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**
Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____ Phone: ____

Contact Email: ____ Fax: ____

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: ______________

*Driller: ______________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________

*Office Mailing Address: ______________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________ __________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________ ______________________

Owner Name Date

______________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________ Phone: ____________

Contact Email: ______________________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5" )

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________________

*Office Mailing Address: ______________________________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: __________

Driller: __________

Approved: __________

By: __________

Invoice No.: __________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**
Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ________________ Phone: ________

Contact Email: ________________ Fax: ________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ____ Longitude: ____

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ____

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ____

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: __________

*Driller: ______________________ *License #: __________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________

*Office Mailing Address: ______________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________ __________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________ ______________________

Owner Name Date

______________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**
Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
# --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at: www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________ *License #: ____________ *Expiration Date: ________

Fax: ____________________ *E-mail: ______________________________

*Office Mailing Address: ______________________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________ __________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ____________________ Longitude: ____________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________ ____________________

Owner Name Date

______________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ______

Driller: ______

Approved: ______

By: ______

Invoice No.: ______

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at: www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ______

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______ Phone: ______

Contact Email: ______ Fax: ______

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ________________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: __________________________ *E-mail: ______________________________________________

*Office Mailing Address: ________________________________________*State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ________________________ Longitude: ________________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

____________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

____________________________________ ________________________

Owner Name Date

____________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**
Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
# --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________________ Phone: ____________

Contact Email: ______________________________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: ______________

*Driller: ______________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________

*Office Mailing Address: ______________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________ __________
*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________ ______________________
Owner Name Date

______________________
Owner Signature

**District Use Only:**

Well Reg. ID: ________

Driller: ________

Approved: ________

By: ________

Invoice No.: ________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**
Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
# --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ________ Phone: ________

Contact Email: ________ Fax: ________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: ______________

*Driller: ______________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________

*Office Mailing Address: ______________________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**
Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ____________ Longitude: ____________

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ____________

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ____________

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________

*Office Mailing Address: ______________________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________
*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________
Owner Name Date

______________________________________
Owner Signature

**District Use Only:**

Well Reg. ID: ______

Driller: ______

Approved: ______

By: ______

Invoice No.: ______

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**
Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ______

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______ Phone: ______

Contact Email: ______ Fax: ______

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________________

*Office Mailing Address: ______________________________________ *State: ___ *Zip: ___________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**
Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________ Phone: ____________

Contact Email: ______________________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ________________________________ *Phone: ______________

*Driller: ______________________ *License #: ______________ *Expiration Date: __________

Fax: ____________________ *E-mail: ______________________________

*Office Mailing Address: ______________________________ *State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**
Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ____________ Longitude: ____________

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ____________

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5"*)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ■ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

■ No ☐ Yes. Location of water use: ____________

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ■ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ________________

*Driller: ______________________________ *License #: ________________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________________

*Office Mailing Address: ______________________________________*State: ___ *Zip: ____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature

**2026-09-15**
**Declaration of Jeffrey T. Libby**

**Exhibit B**

# SPILLER & SPILLER

JAMES M. SPILLER (1932-2011)
DAVID SPILLER
SCOTT A. SPILLER (1968-2014)
MASON SPILLER
REID SPILLER

ATTORNEYS AND COUNSELORS AT LAW
P. O. DRAWER 447
JACKSBORO, TEXAS 76458

TELEPHONE: (940) 567-6644
FACSIMILE: (940) 567-3999
EMAIL: LAWINFO@SPILLERLAW.NET
PHYSICAL ADDRESS:
122 E. BELKNAP STREET

August 23, 2026

Jeffrey T. Libby, Esq.
CALHOUN BHELLA
325 N. Saint Paul Street, Suite 2900
Dallas, Texas 75201
*jlibby@calhounbhella.com*

Re: Challenger Cresson I, LLC v. Bill Sanders, Independent Executor of the Estate of Pearl Smelley, et al., Civil Action No. 4:26-cv-00231-P (N.D. Tex.)

Dear Jeff:

As you know, our firm serves as General Counsel for Cresson Moon Properties, LP ("Cresson Moon"). I write in response to your August 19, 2026, demand concerning the twenty-two proposed well registration/permit applications and operating permit application submitted with your letter.

Cresson Moon disputes your characterization of the parties' respective contractual rights and obligations and expressly reserves all claims, defenses, and positions asserted in the pending litigation, including its position concerning Challenger's prior breaches and repudiation of the Contract. Nothing in this letter, and no cooperation offered below, constitutes an admission that the Contract presently requires the action demanded, a waiver of any existing breach or default by Challenger, or an acknowledgment that Challenger is entitled to specific performance or any other relief.

Nevertheless, in an effort to avoid any contention that Cresson Moon has failed to reasonably mitigate damages or has improperly interfered with Challenger's efforts regarding groundwater permitting, I have conferred with Doug Shaw, General Manager of the Upper Trinity Groundwater Conservation District ("the District"). Based upon that discussion and our review of the District's existing rules, the applications cannot simply be completed and submitted in the manner suggested by your letter. Among other things, District procedures require a pre-application meeting; the proposed groundwater demand must be reasonable and non-speculative; and the contemplated high-volume permit is subject to hydrogeologic investigation and reporting requirements before the application can be administratively complete.

Moreover, the applications you provided require the property owner to certify the truth and accuracy of substantive information supplied by Challenger. Cresson Moon is not presently in a

position to make those certifications, and it will not certify facts, proposed uses, well specifications, groundwater demands, or other information that it has not independently determined to be true and accurate.

That said, without waiving any rights or positions in this litigation, Cresson Moon is willing to authorize Challenger and its consultants, at Challenger's sole cost and expense, to pursue with the District such groundwater applications relating to the Property as the District will lawfully accept and process, including payment by Challenger of all application, engineering, hydrogeologic, consultant, well-drilling, if Challenger elects and is lawfully authorized to proceed with drilling, and other costs associated with that effort. If, after compliance with the District's applicable prerequisites, the District advises that Cresson Moon's signature is required on a particular application or other document, please provide that document and the supporting information to us, and Cresson Moon will promptly consider execution of an appropriate document consistent with the facts and the District's requirements.

If Challenger wishes to proceed on that basis, please confirm and provide whatever limited authorization the District requires for Cresson Moon to execute. This offer is made solely to facilitate Challenger's requested permitting efforts and to avoid any contention that Cresson Moon is causing or contributing to the damages alleged in your August 19 letter. It does not authorize Challenger to bind Cresson Moon to any financial obligation, drilling obligation, permit condition, groundwater production commitment, or other contractual or regulatory obligation without Cresson Moon's further express written consent.

All rights, claims, defenses, and remedies are expressly reserved.

Sincerely,

*/s/ David Spiller*

David Spiller

DS
Cc: Scott A. Wheatley, Esq.
Lee B. Hunt, Esq.
Trevor J. Paul, Esq.
JACKSON WALKER, LLP
777 Main Street, Suite 2100
Fort Worth, Texas 76102
*swheatley@jw.com*
*lhunt@jw.com*
*tpaul@jw.com*

Cresson Moon Properties, LP