UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Challenger Cresson I, LLC, Plaintiff, | § § § | |
| v. | § | No. 4:26-CV-00231-P |
| Bill Sanders, et al., Defendants. | § § § § | |

**ORDER**

The Court ORDERS that the discovery deadline set by the current Scheduling Order, ECF No. 15, be extended from October 9, 2026 to January 8, 2027.

So ordered on this

________________________________