UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHALLENGER CRESSON I, LLC,**

Plaintiff,

v. **No. 4:26-cv-00231-P**

**BILL SANDERS, ET AL.,**

Defendants.

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Discovery Deadline ("Motion"). ECF No. 25. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.**

It is therefore **ORDERED** that the discovery deadline in this Court's Scheduling Order (ECF No. 15) shall be extended to **January 8, 2027.** All other deadlines in the Scheduling Order shall remain unchanged.

**SO ORDERED** on this **21st day** of **September 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE