**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CHALLENGER CRESSON I, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**BILL SANDERS, INDEPENDENT EXECUTOR OF THE ESTATE OF PEARL SMELLEY; CRESSON MOON PROPERTIES, LP; RICHARD DAVID SMELLEY AND AMY ELIZABETH SMELLEY; TAMMY MARIE GRAHAM AND GREGORY SCOTT GRAHAM; AND DEBORAH RUTH DAVIS AND DAVID GLENN DAVIS,**<br><br>***Defendants*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 4:26-CV-00231-P** |

## JOINT REPORT ON MEDIATION

Pursuant to the Court's orders (Dkt. Nos. 15, 21), Plaintiff Challenger Cresson I, LLC, ("Plaintiff") and Defendants Bill Sanders, Independent Executor of the Estate of Pearl Smelley; Cresson Moon Properties, LP; Richard David Smelley And Amy Elizabeth Smelley; Tammy Marie Graham And Gregory Scott Graham; And Deborah Ruth Davis and David Glenn Davis, (collectively, "Defendants" and with Plaintiff, the "Parties"), through undersigned counsel, hereby submit this Joint Report on Mediation.

In accordance with the Court's Scheduling Order (Dkt. No. 15), as modified by the Court's Order substituting the mediator and extending the mediation deadline (Dkt. No. 21), the Parties mediated with Mr. Roland K. Johnson on October 2, 2026.

In attendance, in person, for Plaintiff was Plaintiff's counsel of record Chad Flores, as well as attorneys Carolina Herra, and Scott Deatherage. Patricia "Patty" Herrera attended in person on

behalf of Plaintiff.

In attendance for Defendants were Defendants' counsel of record Scott A. Wheatley (in person) and Lee B. Hunt (in person), as well as Bill Sanders as independent executor of the State of Pearl Smelley (remote), Todd Tew as outside counsel for Mr. Sanders as independent executor of the State of Pearl Smelley (remote), Richard D. Smelly (in person) and Amy Smelley (remote), Lacy Kimball as outside counsel for Richard and Amy Smelley (in person), Gregory Graham (in person) and Tammy Graham (in person), David Davis (in person) and Deborah Davis (in person), and David Spiller as outside counsel for Cresson Moon Properties, LP.

Despite the efforts of Mr. Johnson, the Parties were unable to reach a resolution of the case at mediation. The Parties' efforts to resolve the case through settlement are ongoing.

Respectfully submitted,

*/s/ Scott A. Wheatley*
Scott A. Wheatley
State Bar No. 24013737
swheatley@jw.com
Lee B. Hunt
State Bar No. 24082257
lhunt@jw.com
Trevor J. Paul
State Bar No. 24133388
tpaul@jw.com
JACKSON WALKER LLP
777 Main Street, Suite 2100
Fort Worth, Texas 76102

**ATTORNEYS FOR DEFENDANTS**

Respectfully submitted,

*/s/ Chad Flores (with permission)*
Chad Flores
State Bar No. 24059759
chad@chadflores.law
FLORES LAW PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document was served via the ECF Filing System and by email to all counsel of record on the date of its filing.

*/s/ Scott A. Wheatley*
SCOTT A. WHEATLEY