IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHALLENGER CROSSON I, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action 4:26-CV-00231-P |
| | § | |
| BILL SANDERS, ET. AL., | § | |
| | § | |
| *Defendants* | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiff Challenger Cresson I, LLC ("Plaintiff") files this Notice of Appearance of Joseph Webster "Jeb" Golinkin II of Jordan, Lynch & Cancienne PLLC as counsel for Plaintiff in this action. Plaintiff requests that Mr. Golinkin be added to the Court's docket as counsel of record and that all notices, filings, orders, and other communications in this action be served on them at the addresses below.

Respectfully submitted,

Chad Flores
Texas Bar No. 24059759
chad@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
Phone: (713) 364-6640
Fax: (832) 645-2496

Michael A. Cancienne
Texas Bar No. 24055256
mcancienne@jlcfirm.com
Joseph "Jeb" Golinkin
Texas Bar No. 24087596
jgolinkin@jlcfirm.com
Carolina Herrera (*pro hac vice forthcoming*)
Texas Bar No. 24126398
cherrera@jlcfirm.com
Jordan, Lynch & Cancienne
1980 Post Oak, Ste. 2300
Houston, Texas 77056
Phone: (713) 955-4020

Counsel for Plaintiff

**Certificate of Service**

I certify that on October 13, 2026, the foregoing document was filed electronically with the Clerk of Court through the Court's CM/ECF system, which will send notice of the filing to all counsel of record registered to receive electronic notice.

*/s/Jeb Golinkin*_____
Joseph W. Golinkin II