In the United States District Court
for the Northern District of Texas
Fort Worth Division

| | | |
|---|---|---|
| Challenger Cresson I, LLC, Plaintiff, | § | |
| v. | § | No. 4:26-CV-00231-P |
| Bill Sanders, et al., Defendants. | § | |

---

**Plaintiff's Motion for a Preliminary Injunction**

Plaintiff Challenger Cresson I, LLC moves for an order preliminarily enjoining the Defendants, with respect to the Contract[1] and its subject Property, as follows:

1. **No Competing Sales.** Defendants should be preliminarily enjoined from transferring the Property to anyone other than Plaintiff, or offering or agreeing to do so.
2. **No Termination or Expiration.** Defendants should be preliminarily enjoined from treating the Contract as terminated or expired.
3. **No Development Interference.** Defendants should be preliminarily enjoined from blocking authorized access, inspections, entitlement, permit, easement, or utility efforts, or withholding cooperation or signatures required by Contract §§ 5(a), 5(e), and 7(e).

Plaintiff further requests that the Court (1) grant its pending motion for leave to file the Second Amended Complaint, Doc. 33, before or concurrently with preliminary relief; (2) establish an expedited schedule for briefing and disposition of this motion; and (3) decide the motion on the

[1] "The Contract" means the May 26, 2023 Standard Contract of Sale, as amended by the First Amendment dated December 4, 2024, and the Second Amendment effective December 31, 2025. See Second Am. Compl., Exs. 1, 7–8.

written record or, if resolution requires determining disputed material facts, conduct an evidentiary hearing at the earliest practicable date. No temporary restraining order is sought at this time.

A brief and evidentiary appendix support this motion.

The motion is opposed.

Respectfully submitted,

Chad Flores
Texas Bar No. 24059759
chad@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
P: (713) 364-6640
F: (832) 645-2496

Michael A. Cancienne
Texas Bar No. 24055256
mcancienne@jlcfirm.com
Joseph “Jeb” Golinkin
Texas Bar No. 24087596
jgolinkin@jlcfirm.com
Carolina Herrera
Texas Bar No. 24126398
cherrera@jlcfirm.com
Jordan, Lynch & Cancienne
1980 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
P: (713) 955-4020

Counsel for Plaintiff

**Certificate of Conference**

Plaintiff's motion is opposed. Counsel for each side conferred about the requested relief via email and the nonmovant Defendants expressly indicated that they are opposed to all of the requested relief.

/s/ Chad Flores
Chad Flores