**From:** Stephen Reich <stephen.reich@williamstrew.com>
**Sent:** Wednesday, June 21, 2023 1:38 PM
**To:** Jennifer Stapleton <jennifer@mcknighttitle.com>; Jake Wilkinson <jake@mwrealestate.com>
**Subject:** Cresson - Challenger 1674 Acres

Good afternoon:
Please use this email as written notification that all tires have been removed from the property. It is my understanding that our initial 180 feasibility starts today. Please confirm receipt, and acknowledge that this starts our feasibility.

--