**Blake Brownshadel**

**From:** Jake Wilkinson <jake@mwrealestate.com>
**Sent:** Thursday, January 11, 2024 11:20 AM
**To:** charles@challengerrealtygroup.com; john@challengerrealtygroup.com; ed@challengerrealtygroup.com; Patricia Herrera
**Cc:** Jeff Libby
**Subject:** FW: Tires on Smelley Ranch, 7700 Old Granbury

CAUTION: This email originated from outside of the firm.

Please see below from the seller's broker.

**Jake Wilkinson**
President & Managing Broker
jake@mwrealestate.com

**M&W Real Estate**
8737 King George Drive, Suite B200
Dallas, Texas 75235

Office +1 214 926 9361
Mobile +1 325 721 2353

M&W REAL ESTATE

Website | LinkedIn | Facebook

Texas Real Estate Commission: Consumer Protection Notice
Texas Real Estate Commission: Information About Brokerage Services

This message contains information which may be confidential and/or legally privileged. Unless you are the addressee (or authorized to receive e-mail for the addressee), you may not use, copy or disclose to anyone the message or any other information contained in the message or any attachment. If you have received this message in error, please advise the sender by reply e-mail and delete the message and any attachments and destroy all hard copies of same. Thank you.

---

**From:** Stephen Reich
**Sent:** Thursday, January 11, 2024 11:16 AM
**To:** Jake Wilkinson ; Jennifer Stapleton
**Subject:** Tires on Smelley Ranch, 7700 Old Granbury

Good morning all.

Please use this as written notice that the tires have been finally cleaned up on this property. Can we get a new critical dates letter produced?

To help protect your privacy, Microsoft Office prevented automatic download of this picture from the Internet.