## Blake Brownshadel

**Subject:** FW: 7700 Old Granbury Hwy
**Attachments:** Old Granbury Rd 7700.pdf

**Importance:** High

**From:** Al Paniagua <alp@prostarcre.com>
**Sent:** Wednesday, February 25, 2026 3:48 PM
**To:** Patricia Herrera <patty@challengerrealtygroup.com>
**Subject:** FW: 7700 Old Granbury Hwy

**AL PANIAGUA**
Executive Vice President

**ProStar Commercial Real Estate, LLC**
One Cowboys Way, Suite 300
Frisco, Texas 75034
214.773.8479
alp@prostarcre.com
prostarcre.com

---

**From:** Stephen Reich <stephen.reich@williamstrew.com>
**Sent:** Friday, February 13, 2026 6:03 AM
**To:** Al Paniagua <alp@prostarcre.com>
**Subject:** 7700 Old Granbury Hwy

Good morning:
You had previously reached out on my listing at 7700 Old Granbury. Looks like after all this time, this is going to be coming back on the market.
Please let me know if your client has an interest. Marketing Packet is attached.

CONFIDENTIALITY NOTICE: The information contained in this email communication (including any attachment(s)) is strictly confidential and intended solely for the person or entity named above. If you are

not the intended recipient of this email, you are hereby notified that any disclosure, distribution, reproduction, or other use of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return email and permanently delete this communication (including any attachment(s)) from your system.
CONFIDENTIALITY NOTICE: The information contained in this email communication (including any attachment(s)) is strictly confidential and intended solely for the person or entity named above. If you are not the intended recipient of this email, you are hereby notified that any disclosure, distribution, reproduction, or other use of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return email and permanently delete this communication (including any attachment(s)) from your system.




# TREMENDOUS DEVELOPMENT OPPORTUNITY - 1,674+/- ACRES

7700 Old Granbury Rd. – Cresson, TX

STEPHEN REICH GROUP
WILLIAMS TREW REAL ESTATE

WilliamsTrew
A DIVISION OF EBBY HALLIDAY REAL ESTATE, INC.

LISTED BY **STEPHEN REICH GROUP** OF WILLIAMS TREW REAL ESTATE

# PROPERTY SUMMARY

## DESCRIPTION

Tremendous development opportunity located in the heart of the westward movement. This hard to find 1,674 plus or minus acre parcel is prime for a mixed use development and is located only 30 miles from downtown Fort Worth, Texas. Cresson is a rapidly growing area due to its convenient location to Fort Worth via Highway 377, a new loop and ease of railroad accessibility. This tract features rolling terrain and scattered hardwoods providing perfect settings for residential development. 1,300 feet of road frontage and being located less than 1.5 miles from the new loop makes accessibility extremely easy. Over two miles of Atchison, Topeka and Santa Fe rail frontage make the industrial opportunities endless.

## LOCATION

| | |
|---|---|
| CITY | Cresson |
| County | Hood |
| Schools | Granbury ISD |

## OFFER SUMMARY

| | |
|---|---|
| List Price | $30,976,807 |
| Lot Size | 1,674.422 acres |
| Utilities | Electric Available, Private Sewer, Septic, Well |

Driving Directions: From Hwy 171, go west on Hwy 377. Right on Old Granbury Rd.

## HIGHLIGHTS

- MIXED USE DEVELOPMENT
- 1,300 FT OF ROAD FRONTAGE
- 30 MILES FROM DOWNTOWN FT. WORTH
- RAILROAD ACCESSIBILITY
- NO RESTRICTIONS
- AG EXEMPT

## LISTING PRESENTED BY:

STEPHEN REICH GROUP
WILLIAMS TREW REAL ESTATE

WilliamsTrew
A DIVISION OF EBBY HALLIDAY REAL ESTATE, INC.



**PROPERTY WEBSITE LINK:**
**stephenreichgroup.com/20123229**

STEPHEN REICH
817-597-8884
stephen.reich@williamstrew.com

TAMMY ROKUS
817-694-8019
tammy.rokus@williamstrew.com



# PROPERTY PHOTOS













STEPHEN REICH – 817.597.8884
TAMMY ROKUS – 817.694.8019

# PROPERTY PHOTOS













STEPHEN REICH – 817.597.8884
TAMMY ROKUS – 817.694.8019

SR STEPHEN REICH GROUP WILLIAMS TREW REAL ESTATE

WilliamsTrew
A DIVISION OF EBBY HALLIDAY REAL ESTATE, INC.

# AERIAL MAP




STEPHEN REICH – 817.597.8884
TAMMY ROKUS – 817.694.8019

# CONTOUR LINES & FLOODPLAIN




STEPHEN REICH – 817.597.8884
TAMMY ROKUS – 817.694.8019

STEPHEN REICH GROUP
WILLIAMS TREW REAL ESTATE
WilliamsTrew
A DIVISION OF EBBY HALLIDAY REAL ESTATE, INC.

# STATE OF TEXAS WELL REPORT

**WELL REPORT**
#188548

**DRILLING START DATE**
8/29/2006

**BOREHOLE:**
Depth 30 ft.
Diameter 11 in.

**WATER LEVEL BELLOW SURFACE**
620 ft.

**WELL TESTS**
Yield: 60 GPM

**COMPANY INFORMATION**
Associated Services