CALHOUN
BHELLA

AUSTIN, TX
DALLAS, TX
FRISCO, TX
NEW YORK, NY
ORANGE COUNTY, CA
RALEIGH, NC
SAN ANTONIO, TX
ST. LOUIS, MO
WASHINGTON, DC

August 19, 2026

JACKSON WALKER LLP
Scott A. Wheatley
Lee B. Hunt
Trevor J. Paul
777 Main Street, Suite 2100
Fort Worth, Texas 76102

VIA EMAIL:
swheatley@jw.com
lhunt@jw.com
tpaul@jw.com

Re: *Challenger Cresson I, LLC v. Bill Sanders, Independent Executor of the Estate of Pearl Smelley, et al.*, Civil Action No. 4:26-cv-00231-P (N.D. Tex.)

**FORMAL DEMAND PURSUANT TO SECTION 5(e) OF THE STANDARD CONTRACT OF SALE — EXECUTION OF WELL PERMIT APPLICATIONS**

Dear Counsel:

As you know, we represent Challenger Cresson I, LLC ("Purchaser") in the above-referenced matter. This letter constitutes formal written demand, pursuant to Section 5(e) of the Standard Contract of Sale dated effective May 26, 2023, as amended (the "Contract"), that the Estate of Pearl Smelley and Cresson Moon Properties, LP, as the fee owners of the Property, execute and return the twenty-two (22) enclosed well permit applications to the Upper Trinity Groundwater Conservation District (the "District") (the "Well Permit Applications") and one (1) operating permit application to the District (the "Operating Permit Application" and, together with the Well Permit Applications, the "Applications") within three (3) business days of Seller's receipt of this letter - i.e., no later than 5:00 p.m. CDT on Monday, August 24, 2026. As explained below, Seller's failure to timely execute and return such applications will cause significant and irreparable harm, not only to Purchaser, but to the Property itself, and ultimately to any party who owns it. It will also constitute a separate, additional material breach of the Contract.

## I. Contractual Basis for This Demand

Section 5(e) of the Contract provides, in relevant part:

*"[P]urchaser shall be entitled to endeavor to (i) obtain all entitlements necessary, in the sole discretion of Purchaser, from all applicable governmental authorities and private bodies having regulatory authority over the Property for the Intended Use . . . and Seller agrees to cooperate with Purchaser, using Seller's good faith and best efforts, to obtain the Entitlements . . . including executing any and all reasonable or necessary documents in connection with Purchaser's efforts within three (3) business days following Purchaser's delivery of such documentation to Seller."*

In addition, Section 7(e) of the Contract provides:

> *"Notwithstanding anything to the contrary in this Contract, Seller shall not oppose, and Seller shall not interfere with, Purchaser's applications for, or efforts to obtain, any and all Entitlements, Easements Benefitting the Property and the Required Utilities."*

These obligations remain in full force and effect.

**II. The Enclosed Documents**

Enclosed with this letter are twenty-two (22) Well Permit Applications and one (1) Operating Permit Application. Each Application requires the signature of the property owner as applicant or co-applicant. The Contract defines "Entitlements" to include "all entitlements necessary, in the sole discretion of Purchaser, from all applicable governmental authorities and private bodies having regulatory authority over the Property for the Intended Use." Groundwater permits from the District are plainly within this definition. Accordingly, the Applications constitute "reasonable or necessary documents in connection with Purchaser's efforts" to obtain Entitlements within the meaning of Section 5(e). It is your duty and obligation to execute the attached with urgency. See below.

**III. Urgency and Irreparable Harm**

As you are aware, the District has scheduled a public hearing on August 27, 2026 at which it will consider proposed amendments to its rules that will significantly decrease the groundwater production allocation applicable to the Property. Filing the Applications prior to the adoption of the proposed rule change may preserve claims to the current, pre-rule-change groundwater allocation. A decrease in the groundwater allocation will permanently and substantially diminish the value of the Property.

Although Purchaser does not yet hold legal title to the Property, Purchaser holds an equitable interest in the Property under the Contract and is entitled to specific performance of Seller's obligations. The harm from failing to file the Applications before August 27 is therefore not just harm to the Property, but also direct harm to Purchaser's contractual rights. Groundwater rights run with the land. If Seller prevents Purchaser from filing the Applications before the District reduces the allocation, the Property's development capacity will be diminished resulting in the diminution of value of the Property below the value for which Purchaser bargained. Once the August 27 deadline passes, the window closes for all fee and equitable owners of the Property.

**IV. Seller's Prior Refusal**

On August 17, 2026, Mr. Hunt responded to my request for Seller's cooperation in connection with the prompt filing of the Applications by stating: "Calhoun Bhella and Challenger Cresson I should take no action regarding our client's Property in Hood County, unless that action is scheduling a closing date. Our clients reserve all rights." This blanket refusal to cooperate is directly contrary to Seller's express obligations under Sections 5(e) and 7(e) of the Contract. Purchaser does not accept this position and hereby reiterates its demand for Seller's cooperation.

**V. Consequences of Non-Compliance**

If Seller fails to execute and return the enclosed Applications within the three (3) business day period prescribed by Section 5(e) (i.e., by no later than **5:00 p.m. CDT on Monday, August 24, 2026**), Purchaser will consider such failure to be a separate, additional material breach of the Contract. Purchaser intends to pursue all available remedies, including but not limited to immediately seeking appropriate injunctive relief from the Court and amending its pleadings to assert additional claims for damages arising from Seller's refusal to cooperate. Purchaser expressly reserves all rights and remedies available under the Contract, at law, and in equity.

**VI. Reservation of Rights**

This letter is not intended to, and does not, constitute a waiver of any rights or remedies that Purchaser may have under the Contract, at law, in equity, or otherwise. Any potential defaults by Seller now existing or later occurring will not be deemed waived or otherwise accepted by Purchaser. Purchaser reserves all rights and remedies granted under the Contract and available at law or in equity, all of which shall be cumulative and may be pursued separately, successively, or concurrently at the sole discretion of Purchaser.

Please confirm receipt of this letter and the enclosed Applications at your earliest convenience. Executed originals should be returned to my attention at the address above or via email to jlibby@calhounbhella.com.

Respectfully,

Jeffrey T. Libby

cc: Blake J. Brownshadel (via email)

Enclosures: Twenty-Two (22) Well Permit Applications; One (1) Operating Permit Application

**District Use Only:**

Permit ID: ______

System ID: ______

Admin. Complete: ______

GM Initial: ______

Permit Term: ______

Permit Expiration: ______

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 W. Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR OPERATING PERMIT

***Required fields. An application will not be deemed administratively complete unless all required fields are completed.**

### Part I – Applicant Information

*Applicant Name: The Estate of Pearl Smelley & Cresson Moon Properties, LP *Phone: (817) 266-1283 / (817) 300-4350

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive

*City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

*E-Mail: bsanders@flash.net / sgd@flash.net Fax: ______

Contact (if applicable): ______ Phone: ______

E-Mail: ______ Fax: ______

**If the applicant is someone other than the owner of the property, please attach documentation establishing the applicable authority to file the application, hold the permit in lieu of the property owner, and operate a well for the proposed use.**

### Part II – Description of Request

*Please provide a short, plain statement explaining the nature and purpose of the proposed use, and whether the well has been used for any other purpose. *(Examples: "The well will be used for public water supply, and has always been used for that purpose." Or "The well will be used for golf course irrigation, but was used from 2005-2013 to supply water for oil and gas drilling and fracking.")*

Industrial Cooling and Power Generation

### Part III – Well(s) Information

Is this permit request related to a ■ New well system ☐ Existing well system

*If this application is related to an existing well system, please list all other wells in the system and any current permitted volumes for the system:*

Well(s) in system: : ______

Historic Use Permit ID: ______

Historic Use Permit Volume*: ______
** If still waiting for Board approval of HUP, state volume designated as Maximum Historic Use in your HUP application*

Operating Permit ID: ______

Operating Permit Volume: ______

**Part IV: Permit Volume:**

**Annual Permit Volume Requested:** 650,000,000 gallons**.** This is the total amount of groundwater you are requesting to be authorized by your permit to pump each year, which cannot be more than the maximum amount authorized under the District Rules based on the thickness of the aquifer and your contiguous controlled acreage. If this Application is related to an existing Operating Permit and you are seeking to amend that permit to increase the permitted volume, please identify the requested amended total volume in the space above. If you identified more than one purpose of use in Part II, describe the permit volume you are requesting for each purpose of use. If you also have a Historic Use Permit associated with this acreage or have applied for one and are awaiting District board action, any groundwater production authorized by those affects the maximum amount of water you may pump under this Operating Permit. **In filling in the blank above, ALL applicants should coordinate with the District staff for assistance in determining the maximum volume that can be authorized under an Operating Permit.**

**Part V – Additional Information:** Because of your previous or accompanying well registration and Well ID number, the District has or has access to additional information in the District's and the county's records and databases related to your well and property, such as location, acreage you own at the well site, the particular aquifer in which your well is drilled, a digital map or plat of the land where the well is located and of any applicable political subdivision or CCN boundaries, and other wells that are part of a well system if applicable. Some of this information has been provided to you by the District with this application. If the information provided to you by the District or any past information you have provided the District on these items in a well registration application or otherwise is incorrect or has changed, or if you believe such information related to your well or property in the District's or the County's records and databases is incorrect or has changed, please supplement this application with the correct information, as that information is otherwise incorporated by reference into this application.

***For applicants that are required by law to have a drought contingency plan, please include a copy of that plan with this application**.

**Part VI – Certification:** ***I hereby certify and declare that the information given herewith is true and accurate to the best of my knowledge and belief, that the groundwater withdrawn under the permit will be put to a beneficial use at all times, that I will comply with the District's Management Plan and rules, and that I will follow well plugging guidelines if I close the well.***

________________________________________ ________________________

Applicant Name Date

________________________________________

Applicant Signature

**DISTRICT USE ONLY**

Hearing Date: ______________ Authorization: __________________ Permit Volume: ________________________

**District Use Only:**

Well Reg. ID: ______________

Driller: ______________

Approved: ______________

By: ______________

Invoice No.: ______________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________ Phone: ______________

Contact Email: ______________________ Fax: ______________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: __________________

*Driller: ______________________________ *License #: ___________________ *Expiration Date: ___________

Fax: ___________________________ *E-mail: ______________________________________________

*Office Mailing Address: ____________________________________________*State: ___ *Zip: _____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________________ _____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ________________________________ Longitude: ________________________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

_____________________________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________________________ ________________________________

Owner Name Date

______________________________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

*__Required fields. An application will not be deemed complete unless all required fields are completed.__*

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ____________ Longitude: ____________

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ____________

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ____________

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD



Ex. 12
App.208

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: __________________

*Driller: ______________________________ *License #: __________________ *Expiration Date: ___________

Fax: ____________________________ *E-mail: ______________________________________________

*Office Mailing Address: ____________________________________________*State: ___ *Zip: _____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

___________________________________________________ _____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: _______________________________ Longitude: _______________________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

________________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

________________________________________ ______________________

Owner Name Date

________________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" **(inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________________

*Office Mailing Address: ______________________________________*State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

____________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

____________________________________ ______________________

Owner Name Date

____________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ______________

Driller: ______________

Approved: ______________

By: ______________

Invoice No.: ______________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ______

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________ Phone: ______________

Contact Email: ______________________ Fax: ______________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***



Ex. 12
App.213

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD



Ex. 12
App.214

**Part IV – Driller Information**

*Drilling Company: TBD ____________________ *Phone: __________________

*Driller: ____________________ *License #: __________________ *Expiration Date: ___________

Fax: ____________________ *E-mail: ____________________

*Office Mailing Address: ____________________*State: ___ *Zip: _____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

____________________ _____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ____________________ Longitude: ____________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

____________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

____________________ ____________________

Owner Name Date

____________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" **(inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ________________________________ *Phone: __________________

*Driller: ________________________ *License #: ____________ *Expiration Date: ___________

Fax: ____________________ *E-mail: ______________________________

*Office Mailing Address: ______________________________ *State: ___ *Zip: _____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________ ______________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ____________________ Longitude: ____________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ____________________

Owner Name Date

______________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

*__Required fields. An application will not be deemed complete unless all required fields are completed.__*

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________ Phone: ____________

Contact Email: ______________________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ________________ Longitude: ________________

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ________________

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ________________

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: __________________

*Driller: ______________________________ *License #: ___________________ *Expiration Date: ___________

Fax: ___________________________________ *E-mail: ______________________________________________

*Office Mailing Address: ________________________________________________*State: ___ *Zip: _____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

_______________________________________________________________ _____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: _______________________________ Longitude: _______________________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

__________________________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

__________________________________________________ ______________________________

Owner Name Date

__________________________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" **(inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: __________________

*Driller: __________________________ *License #: __________________ *Expiration Date: ___________

Fax: __________________________ *E-mail: ______________________________________

*Office Mailing Address: ______________________________ *State: ___ *Zip: _____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

____________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

____________________________________ ______________________

Owner Name Date

____________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

## UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at: www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ____________ Longitude: ____________

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ____________

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ____________

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD



Ex. 12
App.226

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________

*Office Mailing Address: ______________________________*State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________ __________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________ ______________________________

Owner Name Date

______________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**
Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

# APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at: www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" **(inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ____________________ *Phone: __________________

*Driller: ______________________________ *License #: __________________ *Expiration Date: ___________

Fax: _________________________ *E-mail: ________________________________________

*Office Mailing Address: ________________________________________*State: ___ *Zip: _____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ______________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ________________________ Longitude: ________________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

_____________________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

_____________________________________________ ____________________________

Owner Name Date

_____________________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______________ Longitude: ______________

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______________

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" **(inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______________

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________________

*Office Mailing Address: ______________________________________*State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" **(inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________________

*Office Mailing Address: ______________________________________*State: ___ *Zip: ___________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ___________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ________________________ Longitude: ________________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ______________

Driller: ______________

Approved: ______________

By: ______________

Invoice No.: ______________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

## UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ______

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________ Phone: ______________

Contact Email: ______________________ Fax: ______________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" **(inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD



Ex. 12
App.238

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________

*Office Mailing Address: ______________________________*State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________ __________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________ ______________________

Owner Name Date

______________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ______________

Driller: ______________

Approved: ______________

By: ______________

Invoice No.: ______________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ______

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________ Phone: ______________

Contact Email: ______________________ Fax: ______________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5"*)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD



Ex. 12
App.241

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: __________________

*Driller: ______________________________ *License #: ___________________ *Expiration Date: ___________

Fax: ___________________________________ *E-mail: ______________________________

*Office Mailing Address: ______________________________*State: ___ *Zip: _____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

_________________________________________________ _____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ________________________________ Longitude: ________________________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

_____________________________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

_____________________________________________________ ________________________________

Owner Name Date

_____________________________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ______

Driller: ______

Approved: ______

By: ______

Invoice No.: ______

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ______

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______ Phone: ______

Contact Email: ______ Fax: ______

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: __________________

*Driller: ______________________________ *License #: ___________________ *Expiration Date: ___________

Fax: ___________________________________ *E-mail: ______________________________________________

*Office Mailing Address: ______________________________________________*State: ___ *Zip: _____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

_______________________________________________________________ _____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ________________________________ Longitude: ________________________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

__________________________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

__________________________________________________ ________________________________

Owner Name Date

__________________________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ______

Driller: ______

Approved: ______

By: ______

Invoice No.: ______

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at: www.uppertrinitygcd.com*

*__Required fields. An application will not be deemed complete unless all required fields are completed.__

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ______

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______ Phone: ______

Contact Email: ______ Fax: ______

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5"*)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD



Ex. 12
App.247

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________________

*Office Mailing Address: ______________________________________*State: ___ *Zip: ___________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ________________________ Longitude: ________________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD



Ex. 12
App.250

**Part IV – Driller Information**

*Drilling Company: TBD ____________________ *Phone: __________________

*Driller: ____________________ *License #: __________________ *Expiration Date: ___________

Fax: ___________________________ *E-mail: _______________________________

*Office Mailing Address: ______________________________*State: ___ *Zip: _____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________________ Longitude: ______________________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

__________________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

__________________________________________ ______________________________

Owner Name Date

__________________________________________

Owner Signature

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ____________ Longitude: ____________

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ____________

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5"*)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ____________

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: __________________

*Driller: ______________________ *License #: ________________ *Expiration Date: ___________

Fax: ________________________ *E-mail: ______________________________

*Office Mailing Address: ______________________________*State: ___ *Zip: _____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________ ______________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________ Phone: ____________

Contact Email: ______________________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" **(inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________ *Phone: ______________

*Driller: ______________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________

*Office Mailing Address: ______________________*State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________ __________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________ ______________________

Owner Name Date

______________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No


**UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT**

Serving Hood, Montague, Parker and Wise Counties

1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082

Phone: (817) 523-5200 | Fax: (817) 523-7687

www.uppertrinitygcd.com


# APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

*****Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" **(inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD



Ex. 12
App.259

**Part IV – Driller Information**

*Drilling Company: TBD ____________________ *Phone: __________

*Driller: ____________________ *License #: __________ *Expiration Date: __________

Fax: ____________________ *E-mail: ____________________

*Office Mailing Address: ____________________*State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

____________________ __________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ____________________ Longitude: ____________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

____________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes
___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

____________________ ____________________

Owner Name Date

____________________

Owner Signature

**District Use Only:**

Well Reg. ID: ______________

Driller: ______________

Approved: ______________

By: ______________

Invoice No.: ______________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ______

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________ Phone: ______________

Contact Email: ______________________ Fax: ______________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***



Ex. 12
App.261

**Part II – Well Information**
(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" **(inside diameter of the pump [discharge] column pipe* 1.5" *)*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**
*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD

**Part IV – Driller Information**

*Drilling Company: TBD ______________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ______________________________

*Office Mailing Address: ______________________________*State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________ __________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________ ______________________

Owner Name Date

______________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ______________

Driller: ______________

Approved: ______________

By: ______________

Invoice No.: ______________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐ Yes ☐ No

*Is water from a public water system available to the property?

☐ Yes ☐ No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ______

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ______________________ Phone: ______________

Contact Email: ______________________ Fax: ______________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" *(*inside diameter of the pump [discharge] column pipe* 1.5")

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD



Ex. 12
App.265

**Part IV – Driller Information**

*Drilling Company: TBD ________________________________ *Phone: ______________

*Driller: ______________________________ *License #: ______________ *Expiration Date: __________

Fax: ______________________ *E-mail: ____________________________________________

*Office Mailing Address: ____________________________________*State: ___ *Zip: __________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

____________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

____________________________________ ______________________

Owner Name Date

____________________________________

Owner Signature

**District Use Only:**

Well Reg. ID: ____________

Driller: ____________

Approved: ____________

By: ____________

Invoice No.: ____________

☐ Exempt

☐ Non-exempt

Meets minimum tract size?

☐ Yes ☐ No

Meets property line spacing?

☐ Yes ☐ No

Meets spacing from other wells?

☐ Yes ☐ No

# UPPER TRINITY GROUNDWATER CONSERVATION DISTRICT

Serving Hood, Montague, Parker and Wise Counties
1859 West Hwy. 199/P.O. Box 1749, Springtown, Texas 76082
Phone: (817) 523-5200 | Fax: (817) 523-7687
www.uppertrinitygcd.com

## APPLICATION FOR WELL REGISTRATION
## --NEW WELL--

*A well for which drilling commenced on or after January 1, 2009, or an existing well which is undergoing substantial changes in production capability.*

**Please answer the following questions**

*Does the proposed well location require an exception to District rules?

☐Yes ☐No

*Is water from a public water system available to the property?

☐Yes ☐No

*Is a local permit required for a water well?

☐ Yes ☐ No

By answering "no" to the above questions, the applicant understands that the District will process the application, at which time the registration application fee becomes non-refundable.

*Applicants are urged to read all of the Rules for Water Wells in Hood, Montague, Parker, and Wise Counties, Texas. Rules can be found at:www.uppertrinitygcd.com*

***Required fields. An application will not be deemed complete unless all required fields are completed.**

**Part I – Well Owner Information**

*Well Owner: The Estate of Pearl Smelley & Cresson Moon Properties, LP

*Phone: (817) 266-1283 / (817) 300-4350 *E-Mail: bsanders@flash.net / sgd@flash.net Fax: ____________

*Mailing address: 804 Flagstone Drive / 750 Cattlebaron Drive *City: Burleson / Ft Worth *State: Tx *Zip: 76028 / 76108

Contact (If different than owner) ____________ Phone: ____________

Contact Email: ____________ Fax: ____________

***If the Applicant is someone other than the owner of the property of the proposed well-site, please attach all necessary documentation that demonstrates your authorization to submit this application on behalf of the proposed well owner (property owner).***

**Part II – Well Information**

(District staff encourages applicants to submit all GPS coordinates in decimal degree format. Please contact District staff if there are questions regarding the format.)

*Latitude: 32.544358 *Longitude: -97.670503 *Elevation: 1088

(If amended) Latitude: ______ Longitude: ______

*Well Site Address: 7700 Old Granbury Road

Legal Description of property (If applicable): ______

*City: Cresson *County: Hood *State: TX *Zip: 76035

GPS manufacturer and model used to measure latitude and longitude: Mapping Software

*Size of Well casing: 4-1/2" **(inside diameter of the pump [discharge] column pipe* 1.5")*

*Estimated depth of well: 300 feet *Maximum designed production capacity: 50 gpm

*Method of withdrawal (submersible pump, windmill, etc.): Submersible Pump

*Pump motor size: 5 * Estimated depth to first screen: 200 feet

*Number of service connections: 0 *Well will service approximately 0 *individuals for 0 days out of the year.

**Part III – Purpose for Water Use**

*Check all appropriate spaces describing the use of water from this well:

☐ Poultry ☐ Livestock ☐ Agriculture ☐ Domestic

☐ Retail Public Utility ☐ Public Water System ☒ Commercial ☐ Oil/Gas Exploration and/or Production

*Will the groundwater produced be transported out of Hood, Montague, Parker, or Wise counties or anywhere other than the property where the groundwater was produced?

☒ No ☐ Yes. Location of water use: ______

*Will the groundwater withdrawn from the well be used by anyone other than well owner?

☐ No ☒ Yes. Name of person/entity using water: TBD



Ex. 12
App.268

**Part IV – Driller Information**

*Drilling Company: TBD ____________________ *Phone: ________________

*Driller: ______________________________ *License #: ________________ *Expiration Date: __________

Fax: ________________________ *E-mail: ________________________________________

*Office Mailing Address: ______________________________________ *State: ___ *Zip: ____________

Driller agrees to abide by all requirements set forth in District Rules and to submit to the District a state well report prescribed by TDLR or State of Texas Well Report Tracking Number within 60 days of completing the well.

______________________________________________ ____________

*Driller's Signature *Date

*Is this a replacement well? ☐ No ☐ Yes

If yes, please provide GPS coordinates of well being replaced:

Latitude: ______________________ Longitude: ______________________

If yes, will driller plug original well?

☐ Yes. Driller will sign below and will submit the proper plugging report upon completion.

☐ No. If not, owner will sign below as a declaration that they will comply with state and District well plugging rules and report closure to District within 90 days (16 Tex. Admin. Code Ch. 76). After production of the new well commences, failure to plug the original well constitutes a violation of District Rules:

______________________________________ *(Owner or driller signature if applicable)*

**Part V – Certification**

Applicant agrees to abide by the rules of the District and that water produced/withdrawn from this well will be put to a beneficial use at all times:

___ Yes

___ No

***I hereby certify that the information given herewith is true and accurate to the best of my knowledge and belief. Furthermore, I understand that there is no guarantee that adequate water exists at the proposed well-site to meet the required demands.***

______________________________________ ______________________

Owner Name Date

______________________________________

Owner Signature