In the United States District Court
for the Northern District of Texas
Fort Worth Division

| | | |
|---|---|---|
| Challenger Cresson I, LLC, Plaintiff, | § | |
| v. | § | No. 4:26-CV-00231-P |
| Bill Sanders, et al., Defendants. | § | |

## Declaration of Blake J. Brownshadel

I, Blake J. Brownshadel, declare as follows:

1. I am an attorney who has represented Plaintiff Challenger Cresson I, LLC ("Challenger") in this action. In that capacity, I am familiar with the documents concerning Challenger's acquisition of the real property at issue in this action (the "Property") under the Standard Contract of Sale and its amendments, and with the parties' correspondence concerning that transaction, including through my review of Challenger's records and the documents assembled in connection with this litigation.

2. I make this declaration based on my personal knowledge, including my familiarity, as counsel for Challenger, with documents created, sent, received, or maintained by Challenger in the ordinary course of its business and with the records of this litigation. I have reviewed each of the exhibits identified below and compared it against Challenger's records. If called to testify, I could and would testify competently to the matters stated here.

3. I submit this declaration to authenticate the documents described below so that they may be considered as part of the record. Each exhibit identified below to Challenger's instant filing is a true and correct copy of the document it purports to be.

4. Attached as **Exhibit 1** to Plaintiff's instant filing is a true and correct copy of the May 26, 2023 Standard Contract of Sale between Challenger, as Purchaser, and the Seller, concerning the Property (the "Contract"). I am familiar with the Contract, to which Challenger is a party, and Challenger maintains a copy of it in its records.

5. Attached as **Exhibit 2** to Plaintiff's instant filing is a true and correct copy of the June 8, 2023 Memorandum of Agreement concerning the Property, recorded in the real property records of Hood County, Texas. I am familiar with this instrument, which memorializes the parties' agreement concerning the Property and is maintained in Challenger's records.

6. Attached as **Exhibit 3** to Plaintiff's instant filing is a true and correct copy of a June 21, 2023 email from the Seller's broker concerning removal of tires from the Property. This

email was received by Challenger and its representatives in the ordinary course and is maintained in Challenger's records.

7. Attached as **Exhibit 4** to Plaintiff's instant filing is a true and correct copy of a December 15, 2023 letter from Challenger's counsel concerning the Inspection Period under the Contract. This letter was sent on Challenger's behalf and is maintained in Challenger's records.

8. Attached as **Exhibit 5** to Plaintiff's instant filing is a true and correct copy of a January 2024 email from the Seller's broker concerning cleanup of tires on the Property. This email was received by Challenger and its representatives in the ordinary course and is maintained in Challenger's records.

9. Attached as **Exhibit 6** to Plaintiff's instant filing is a true and correct copy of a July 1, 2024 letter from Challenger's counsel concerning tires and Due Diligence Items, together with the accompanying tire photographs referenced in and transmitted with that letter. This letter was sent on Challenger's behalf, and the photographs were taken and compiled on Challenger's behalf; both are maintained in Challenger's records.

10. Attached as **Exhibit 7** to Plaintiff's instant filing is a true and correct copy of the December 4, 2024 First Amendment to the Contract of Sale. I am familiar with this amendment, to which Challenger is a party, and Challenger maintains a copy of it in its records.

11. Attached as **Exhibit 8** to Plaintiff's instant filing is a true and correct copy of the December 31, 2025 Second Amendment to the Contract of Sale. I am familiar with this amendment, to which Challenger is a party, and Challenger maintains a copy of it in its records.

12. Attached as **Exhibit 9** to Plaintiff's instant filing is a true and correct copy of the January 26, 2026 Limited Phase II Environmental Investigation prepared by Whitehead Environmental Solutions concerning the Property. Challenger obtained this report in connection with its due diligence concerning the Property, and it is maintained in Challenger's records; I am familiar with the report in that capacity.

13. Attached as **Exhibit 10** to Plaintiff's instant filing is a true and correct copy of a February 12, 2026 email from Challenger's counsel concerning environmental matters relating to the Property. This email was sent on Challenger's behalf and is maintained in Challenger's records.

14. Attached as **Exhibit 11** to Plaintiff's instant filing is a true and correct copy of a February 25, 2026 property-remarketing email and the accompanying marketing brochure concerning the Property. This email and brochure were received by Challenger and are maintained in Challenger's records.

15. Attached as **Exhibit 12** is a true and correct copy of an August 19, 2026 letter from Challenger demanding the Seller's cooperation with groundwater-permit applications concerning the Property, together with its enclosures. This letter was sent on Challenger's behalf and is maintained in Challenger's records.

16. Attached as **Exhibit 13** is a true and correct copy of an August 23, 2026 letter from the Seller responding to Challenger's August 19, 2026 demand. This letter was received by Challenger and is maintained in Challenger's records.

17. Attached as **Exhibit 14** to Plaintiff's instant filing is a true and correct copy of an October 7, 2026 letter from Challenger requesting access to the Property. This letter was sent on Challenger's behalf and is maintained in Challenger's records.

18. Attached as **Exhibit 15** to Plaintiff's instant filing is a true and correct copy of an October 26, 2026 letter from the Seller asserting expiration and termination of the Contract. This letter was received by Challenger and is maintained in Challenger's records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2026

Signed by:
Blake Brownshadel
976C12BAA1394E3...

Blake J. Brownshadel