In the United States District Court
for the Northern District of Texas
Fort Worth Division

| | | |
|---|---|---|
| Challenger Cresson I, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:26-CV-00231-P |
| | § | |
| Bill Sanders, et al., | § | |
| | § | |
| Defendants. | § | |

---

**Plaintiff's Motion for Partial Summary Judgment**

Plaintiff Challenger Cresson I, LLC moves for an order granting the following summary judgments:

1. Defendants take nothing on their counterclaim for breach of contract.
2. Defendants take nothing on their counterclaim for anticipatory repudiation.
3. Defendants take nothing on their counterclaim for declaratory judgment.
4. Summary judgment for Plaintiff on Defendants' affirmative defense that Plaintiff failed to perform its contractual obligations.
5. Summary judgment for Plaintiff on Defendants' affirmative defense of prior material breach.
6. Summary judgment for Plaintiff on Defendants' affirmative defense of repudiation or anticipatory breach.
7. Summary judgment for Plaintiff on Defendants' affirmative defense of waiver.

A brief and evidentiary appendix support this motion. The brief will set forth each matter required by Local Rule 56.3.

Respectfully submitted,

Chad Flores
Texas Bar No. 24059759
chad@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
P: (713) 364-6640
F: (832) 645-2496

Michael A. Cancienne
Texas Bar No. 24055256
mcancienne@jlcfirm.com
Joseph "Jeb" Golinkin
Texas Bar No. 24087596
jgolinkin@jlcfirm.com
Carolina Herrera
Texas Bar No. 24126398
cherrera@jlcfirm.com
Jordan, Lynch & Cancienne
1980 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
P: (713) 955-4020

Counsel for Plaintiff