UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHALLENGER CRESSON I, LLC,**

Plaintiff,

v. **No. 4:26-cv-00231-P**

**BILL SANDERS, ET AL.,**

Defendants.

# ORDER

The Court **ORDERS** the Parties in the above-captioned case to conduct an in-person mediation with mediator Roland K. Johnson **on or before December 16, 2026**.

Within seven days after the mediation, the Parties must jointly prepare and file a written report. The report must include the signatures of each party's counsel, the date on which the mediation was held, the persons present (including the capacity of any representative), and a statement on the effect of their mediation and whether the case has been settled by agreement of the Parties.

**SO ORDERED** on this **16th day** of **November 2026.**

Mark T. Pittman

Mark T. Pittman
UNITED STATES DISTRICT JUDGE